| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

United States District Court
Southern District of Texas
**ENTERED**
January 14, 2021
Nathan Ochsner, Clerk

Melinda Abbt, §
 §
    Plaintiff, §
 §
versus §    Civil Action H-19-1353
 §
City of Houston, et al., §
 §
    Defendants. §

## Partial Judgment

1. Because Melinda Abbt cannot show a hostile work environment or that she was retaliated against, she takes nothing from the City of Houston.

2. Because they are based on speculation, hearsay, or contrary to the collective bargaining agreements and fire department policies, paragraphs 13, 16-20, 27-32, and 34 of Melinda Abbt's declaration are struck.

Signed on January 14, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge