# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 18, 2021

Mr. Johnny Sanchez
U.S. District Court
Southern District of Texas
515 Rusk Street
Room 8004
Houston, TX 77002

Ms. Lanie Smith
U.S. District Court
Southern District of Texas
515 Rusk Street
Room 8004
Houston, TX 77002

United States Courts
Southern District of Texas
FILED
*March 18, 2021*
Nathan Ochsner, Clerk of Court

      No. 21-20085    Abbt v. City of Houston
                          USDC No. 4:19-CV-1353

Dear Mr. Sanchez, Ms. Smith,

We have not received your acknowledgments of the enclosed purchase orders for the transcripts in this case. We assume the appellant has made the necessary financial arrangements for preparing the transcript. You have 30 days from the date we received the purchase order, or until March 31, 2021, to file the transcripts with the district court clerk. We will adjust this time only in the event financial arrangements are not complete.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Rebecca L. Leto, Deputy Clerk
                                        504-310-7703

Enclosure(s)

cc:  Mr. Joseph Y. Ahmad
     Mr. Robert William Higgason
     Mr. Nathan Ochsner
     Mr. Joseph G. Soliz
     Ms. Deidra Norris Sullivan
     Ms. Kelsi Stayart White

District Court Southern District of Texas; Houston Division    District Court Docket No. 4:19-cv-1353

Short Case Title Abbt V. City Of Houston Et Al

ONLY ONE COURT REPORTER PER FORM Court Reporter J. Sanchez

Date Notice of Appeal Filed in the District Court _____ Court of Appeals No. _____

PART I. (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)
A. Complete the Following:
☐No hearings ☐Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office
OR
Check all of the following that apply, include date of the proceeding.
This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____
☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____
☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant: _____
☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
| --- | --- | --- |
| 5/15/2019 | Initial Conference | Judge Lynn H. Hughes |
| | | |
| | | |
| | | |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.
B. This is to certify satisfactory financial arrangements have been made. Method of Payment:
■Private Funds;   ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐Other IFP Funds;   ☐Advance Payment Waived by Reporter;   ☐U.S. Government Funds

☐Other _____

Signature /s/ Joseph Y. Ahmad    Date Transcript Ordered 3/1/2021

Print Name Joseph Y Ahmad    Phone 7136551101

Counsel for Melinda Abbt

Address 1221 McKinney, Suite 2500, Houston, TX 77010

Email of Attorney: joeahmad@azalaw.com

PART II. COURT REPORTER ACKNOWLEDGMENT (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
| --- | --- | --- | --- |
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher

☐Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____

Email of Reporter _____

Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____    Actual Number of Volumes _____

Date _____ Signature of Reporter _____

District Court <ins>Southern District of Texas; Houston Division</ins>   District Court Docket No. <ins>4:19-cv-1353</ins>

Short Case Title <ins>Abbt V. City Of Houston Et Al</ins>

**ONLY ONE COURT REPORTER PER FORM** Court Reporter <ins>L .Smith</ins>

Date Notice of Appeal Filed in the District Court _____ Court of Appeals No. _____

PART I. (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings:  ☐ Bail Hearing _____  ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____  ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____  ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____  ☐ Jury Instructions _____  ☐ Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 10/21/2019 | Pretrial Conferemce | Judge Lynn H. Hughes |
|  |  |  |
|  |  |  |
|  |  |  |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for **DISMISSAL OF APPEAL**.

**B.** This is to certify satisfactory financial arrangements have been made. Method of Payment:

■ Private Funds;   ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;   ☐ Advance Payment Waived by Reporter;   ☐ U.S. Government Funds

☐ Other _____

Signature <ins>/s/ Joseph Y. Ahmad</ins>   Date Transcript Ordered <ins>3/1/2021</ins>

Print Name <ins>Joseph Y Ahmad</ins>   Phone <ins>7136551101</ins>

Counsel for <ins>Melinda Abbt</ins>

Address <ins>1221 McKinney, Suite 2500, Houston, TX 77010</ins>

Email of Attorney: <ins>joeahmad@azalaw.com</ins>

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher

☐ Other (Specify) _____

Date _____  Signature of Reporter _____  Tel. _____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____  Actual Number of Volumes _____

Date _____  Signature of Reporter _____