```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF TEXAS
 2                         HOUSTON DIVISION

 3    ****************************************************************

 4    MELINDA ABBT                        4:19-CV-1353

 5
      VS.                                 HOUSTON, TEXAS
 6

 7    CITY OF HOUSTON, ET AL              OCTOBER 21, 2019

 8
      ****************************************************************
 9
              TRANSCRIPT OF PRETRIAL CONFERENCE PROCEEDINGS
10            HEARD BEFORE THE HONORABLE LYNN N. HUGHES
                      UNITED STATES DISTRICT JUDGE
11
      ****************************************************************
12

13    APPEARANCES:

14
      FOR THE PLAINTIFF:                  MR. NASIM AHMAD
15                                        The Ahmad Law Firm
                                          719 Sawdust
16                                        Suite 330
                                          The Woodlands, Texas 77380
17

18
      FOR THE DEFENDANT                   MS. DEIDRA NORRIS SULLIVAN
19    CITY OF HOUSTON:                    MR. DONALD FLEMING
                                          City of Houston
20                                        Legal Department
                                          Labor, Employment
21                                        And Civil Rights
                                          PO Box 368
22                                        Houston, Texas 77001-0368

23

24
           Proceedings recorded by mechanical stenography,
25    transcript produced via computer.
```

```
1   FOR THE DEFENDANT              MR. JOSEPH G. SOLIZ
    JOHN CHRIS BARRIENTES:         The Soliz Law Firm PLLC
2                                  Williams Tower
                                   2800 Post Oak Boulevard
3                                  Suite 4100
                                   Houston, Texas 77056
4

5
    Official Court Reporter:       Lanie M. Smith, CSR, RMR, CRR
6                                  Official Court Reporter
                                   United States District Court
7                                  Southern District of Texas
                                   515 Rusk
8                                  Room 8004
                                   Houston, Texas 77002
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

|  |  |
|---|---|
| 1 | **P R O C E E D I N G S** |
| 2 | THE COURT: Do you anticipate any new parties? |
| 3 | MS. SULLIVAN: No. |
| 4 | THE COURT: Do you? |
| 10:10AM 5 | MR. SOLIZ: Not parties. |
| 6 | THE COURT: Okay. Because that's number one on the |
| 7 | schedule. I don't see any reason. We've covered lots of |
| 8 | folks. |
| 9 | MS. SULLIVAN: I think it was more the amendments to |
| 10:10AM 10 | our pleadings because at our last conference or in your |
| 11 | order -- let's see when it came down. |
| 12 | The management order for August 14th, you |
| 13 | indicated that Melinda Abbt may amend her complaint. So I |
| 14 | guess I'm assuming that's what that date is related to. |
| 10:10AM 15 | THE COURT: She hasn't done it? |
| 16 | MS. SULLIVAN: No. |
| 17 | THE COURT: So she doesn't need to do it. How long has |
| 18 | that been? Three months, four months? |
| 19 | MS. SULLIVAN: Yes. |
| 10:10AM 20 | THE COURT: Experts? Do y'all think you need an expert |
| 21 | about something? |
| 22 | MR. SOLIZ: Maybe a medical expert. |
| 23 | THE COURT: Speak up. |
| 24 | MR. SOLIZ: Maybe medical experts. I mean, they |
| 10:11AM 25 | provided some medical information. |

```
                   1            THE COURT:  That's the only one I can think of.
                   2            MR. SOLIZ:  Attorneys' fees perhaps.
                   3            THE COURT:  No.  We don't want an expert on that.  I
                   4    have a calculator.  I can work out a $1.98 an hour.
        10:11AM    5            MS. SULLIVAN:  Mine are the same.  They do not change.
                   6            THE COURT:  I don't see any reason for experts except
                   7    medical.  And that means, of course, you need her medical
                   8    history going back -- she's been with the City for 20 years,
                   9    hasn't she?  15?
        10:12AM   10            MS. SULLIVAN:  No.  Because she has -- I don't think
                  11    she's vested; so less than 20.
                  12            THE COURT:  And so theoretically she's been getting
                  13    treatment.  So let's go back -- do they give them psychological
                  14    tests when they join the fire department?
        10:12AM   15            MS. SULLIVAN:  No.
                  16            THE COURT:  You're going to get one of those guys, I
                  17    don't know what city -- they had a firemen who really liked
                  18    putting out fires so he went around setting them because there
                  19    wasn't enough legitimate business.  So maybe at least that
        10:12AM   20    ought to be checked.
                  21                 Well, from four years before she joined the fire
                  22    department on, first she needs to tell you all -- every doctor
                  23    she's seen for what; when; a name of the doctor; and the place,
                  24    the city.
        10:13AM   25                 You-all look at that.  If there are any for whom
```

```
 1    you want the records, then you can either get them or she'll
 2    have to get them.
 3              All right.  Can you think of any discovery you
 4    have besides the potential medical?
 5         MR. SOLIZ:  Well, there's some parties that have
 6    information about the computer that she had.  I think their
 7    testimony is going to conflict with what the plaintiff has
 8    testified.
 9         THE COURT:  Okay.  Who's that?
10         MR. SOLIZ:  We had submitted to them an initial
11    disclosure and we identified some people that have discoverable
12    information that might support our defenses -- that we believe
13    would support our defenses.
14         THE COURT:  So just tell me.  Do you want to subpoena
15    them, subpoena their records, depose them?  What do you want to
16    do?
17         MR. SOLIZ:  Depose them.
18         THE COURT:  Okay.  How many are there?
19         MR. SOLIZ:  One, two, three.  Three.
20         MS. SULLIVAN:  Is this in addition to the ones that
21    were taken for 202 because they deposed Sciortino already?
22         MR. SOLIZ:  That was before.
23         MS. SULLIVAN:  That was before you were in.  Okay.
24         MR. SOLIZ:  If I can get a copy of it, I don't need
25    that; but the other David Elliot who was a former district
```

```
 1   chief.
 2           THE COURT:  So I put down three people about the PC.
 3           MR. SOLIZ:  No more.  It may be two if I can get a copy
 4   of his deposition.
 5           THE COURT:  Okay.
 6           MR. SOLIZ:  But no more than that.
 7           THE COURT:  Nothing about anybody else?
 8           MS. SULLIVAN:  Her husband.
 9           THE COURT:  Mr. Fleming?
10           MR. FLEMING:  Nobody on our side.
11           MS. SULLIVAN:  Her husband.
12           MR. FLEMING:  The husband, we need to take him?
13           MS. SULLIVAN:  Yes.  Maybe.
14           MR. FLEMING:  Her husband.
15           THE COURT:  Pardon?
16           MR. FLEMING:  Her husband.
17           THE COURT:  So how long is it going to take y'all
18   roughly to get that done?
19           MR. FLEMING:  He showed up.  That's the plaintiff's
20   lawyer.
21           MS. GRANT:  Nasim Ahmad, sir.
22           THE COURT:  Come in.
23           MR. AHMAD:  Hello.  Good morning, Judge.
24           THE COURT:  Another five minutes, and you would have
25   missed it all.
```

1  MR. AHMAD: I apologize, Judge.
2  THE COURT: Apparently one of your voice mail boxes is
3  full.
4  MR. AHMAD: Oh, okay.
5  THE COURT: It's hard to leave you a message. We tried
6  to get you.
7  MR. AHMAD: Yeah, I called the case manager and talked
8  to her also and let her know that I was going to be about
9  15 minutes late.
10 THE COURT: When did you do that?
11 MR. AHMAD: It was right around 9:30, I think; and she
12 said she would let chambers know. I talked to Glenda. So I
13 apologize.
14 THE COURT: I assume there might be, after you find out
15 all this stuff, some motions, some narrow motions, some broad
16 motions.
17      And so this proposes February 28th. Can you get
18 all that other stuff done?
19 MS. SULLIVAN: We may -- depending on how quickly she
20 can get her medical information to us, we may want to depose
21 one of the doctors.
22      So we're in October. February 28th still should
23 be okay.
24 THE COURT: All right. Let's leave it, knowing that if
25 one of these things turns into a gold mine or not a gold mine

1 or whatever -- a swamp instead of a gold mine, you may need to
2 do something.
3     I want to back up for this once. Are you
4 anticipating an expert?
5     MR. AHMAD: I'm not anticipating an expert.
6     THE COURT: Are you anticipating calling her doctor?
7     MR. AHMAD: Yes.
8     THE COURT: Okay. They have none except they'll want
9 somebody to correct her. They want to depose two or three
10 people -- I didn't quite follow it -- who have some knowledge
11 about the computers involved, and they want to depose the
12 husband.
13     On the joint pretrial order, except on saying you
14 have no objections to his exhibits and vice versa or something
15 like that, I'm not sure they need to be joint, but I need a
16 list of the witnesses, their name, where they work, something
17 about them.
18     And if there get to be very many, we'll have a
19 neutral list of both parties' witnesses so we can give it to
20 the jury. It's hard for them to keep track of people. You
21 can't put down your client, "world's greatest firefighter."
22     It has to just say, "fireman for Houston" or just
23 some indication of how they fit into the picture.
24     Is there anybody who is now outside of Houston?
25     MS. SULLIVAN: David Elliot is a former district chief

1  with the Houston Fire Department.  I do not know where he
2  lives, but I can get his last-known address, because they
3  sometimes live in Louisiana and other places.
4          THE COURT:  I understand when you retire, you might not
5  want to just get up every morning and drive on the Katy Freeway
6  at two miles an hour.
7          MS. SULLIVAN:  No.  They live there now and work for
8  us.
9          MR. FLEMING:  Yes.  We have firefighters who are not
10  city residents.
11          THE COURT:  Every once in a while to keep my wife from
12  complaining about my work still, I say, "I think we'll just
13  retire and go live on the farm."
14          And she immediately thinks it's a good thing that
15  working still would be healthy.
16          And you need to know ours is not a Houston farm.
17  It's a real farm.  The only housing on it is for the cattle.
18  If I go up there and work, I stay in a motel, because the last
19  thing I want to do is mess with sheets and figure out why the
20  air conditioner doesn't work.  I go up there to mess with the
21  work.
22          Best of all, I can't even listen to the radio
23  because the machinery makes so much noise.  If you're ever
24  riding around on some farm equipment, it makes a lot of noise.
25  Every once in a while, like ten minutes, stop, look 360 degrees

1  at the sky, because you make a really nifty lightning rod out
2  there and the weather can change like that.
3              So I will have to talk to Glenda about April, but
4  at this point it should not be full.  But my deal with her is I
5  don't set dates without checking with her, and she doesn't kill
6  me.
7              MR. FLEMING:  Okay.
8              THE COURT:  So where are you now professionally?
9              MR. AHMAD:  The Woodlands.
10             THE COURT:  At Ahmad & Capodice.
11             MR. AHMAD:  Capodice actually.  Yes.  But we actually
12 just dissolved the firm, so I'm now out on my own.
13             THE COURT:  On your own at the same address or at the
14 bus station in Conroe?
15             MR. AHMAD:  Different address.  I will be moving, I
16 think, later this week actually.
17             THE COURT:  Would you please update me and them?
18             MR. AHMAD:  I shall.
19             THE COURT:  And your draft board.
20                 All right.  Anything else?
21             MR. FLEMING:  I don't think so.
22             MS. SULLIVAN:  No.
23             MR. AHMAD:  Thank you, Judge.
24             THE COURT:  Thank you.
25                 And if y'all manage to work something out, it

1   wouldn't hurt my feelings.
2                  (The proceedings were adjourned.)
3                              * * * *

1 REPORTER'S CERTIFICATE

2      I, Lanie M. Smith, CSR, RMR, CRR, Official
Court Reporter, United States District Court, Southern District
3 of Texas, do hereby certify that the foregoing is a true and
correct transcript, to the best of my ability and
4 understanding, from the record of the proceedings in the
above-entitled and numbered matter.

5

6                                       /s/ Lanie M. Smith_____
                                       Official Court Reporter
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25