# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 12, 2021

United States Courts
Southern District of Texas
FILED

Ms. Kelsi Stayart White
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, P.C.
1221 McKinney Street
Suite 2500
Houston, TX 77010

*April 12, 2021*

Nathan Ochsner, Clerk of Court

No. 21-20085     Abbt v. City of Houston
                 USDC No. 4:19-CV-1353

Dear Ms. White,

The Judicial Council of the Fifth Circuit requires court reporters to file transcripts within 30 days or suffer a discount penalty. In this case, the 30-day discount period expired on March 31, 2021. Therefore, the court reporter must discount your invoice by 10%.

Also, if the transcript is not filed by April 30, 2021, the court reporter must discount your invoice by 20% and must refund that part of any deposit which exceeds the cost less the discount.  Our records will automatically be updated if the 20% discount date is reached but we will not provide further notice.  It is your responsibility to pay only the discounted amount(s).

The discount policy is mandatory.  You may not reimburse the court reporter for the discount.

                                Sincerely,
                                LYLE W. CAYCE, Clerk

                                By: /s/Lyle W. Cayce
                                Lyle W. Cayce

cc:  Mr. Joseph Y. Ahmad
     Mr. Robert William Higgason
     Mr. Nathan Ochsner
     Mr. Johnny Sanchez
     Mr. Joseph G. Soliz
     Ms. Deidra Norris Sullivan