```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF TEXAS
 2                   HOUSTON DIVISION

 3

 4   MELINDA ABBT                  *      4:19-CV-1353
                                   *      Houston, Texas
 5   VS.                           *
                                   *      3:40 p.m.
 6   THE CITY OF HOUSTON, et al    *      May 15, 2019

 7
                        INITIAL CONFERENCE
 8

 9          BEFORE THE HONORABLE LYNN N. HUGHES
                UNITED STATES DISTRICT JUDGE
10

11   APPEARANCES:

12   FOR THE PLAINTIFF:
     Nasim Ahmad
13   THE AHMAD LAW FIRM
     719 Sawdust, Suite 330
14   The Woodlands, Texas 77380
     832.767.3207
15

16   Jordan Lyn Warshauer
     AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.
17   1221 McKinney St., Suite 2500
     Houston, Texas 77010
18   713-655-1101

19


20   FOR THE DEFENDANTS:
21   Deidra Norris Sullivan
     City of Houston Legal Department
22   Labor, Employment and Civil Rights
     P.O. Box 368
23   Houston, Texas 77001-0368
     832.393.6299
24

25
```

```
 1  Joseph G Soliz
    The Soliz Law Firm PLLC
 2  Williams Tower
    2800 Post Oak Blvd., Suite 4100
 3  Houston, TX 77056
    713.228.8922
 4

 5
    Court Reporter:
 6  Johnny C. Sanchez, RPR, RMR, CRR
    515 Rusk, #8004
 7
    Houston, Texas 77002
 8  713.250.5581

 9  Proceedings recorded by mechanical stenography.
    Transcript produced by computer-assisted transcription.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          MS. SULLIVAN:  Deidra Sullivan with the

2    City.

3          MR. SOLIZ:  Joseph Solis representing

4    Mr. Barrientes.

03:40:46   5          THE COURT:  Sit, please.  Do I understand

6    that Abbt's husband, is it chief.

7          MS. WARSHAUER:  Yes, sir, I believe so.

8          MS. SULLIVAN:  District chief.

9          THE COURT:  Did he join in the

03:41:14   10   discrimination?

11          MS. WARSHAUER:  No, sir.  He did not know

12   about it until he was told by Mr. Elliot, who was a former

13   chief.

14          THE COURT:  I thought that was the one

03:41:29   15   incident with the pictures.

16          MS. WARSHAUER:  Yes, sir.

17          THE COURT:  There's all this other stuff.

18          MS. WARSHAUER:  Oh, I understand.  I

19   understand your question.  No, sir.  He was not involved

03:41:40   20   in the investigation once Ms. Abbt reported it, and so, he

21   was not involved in any further discrimination alleged in

22   this case.

23          THE COURT:  What is the plaintiff doing now?

24          MS. WARSHAUER:  She is working for the --

03:41:52   25   her family business from home.  They have training for

1    firefighters, and she's doing the communications and

2    billings, things like that for staffing.

3                    THE COURT:  Is it says in here about going

4    through the city process.  Is the function equivalent of

03:42:22    5    civil service.

6                    MS. SULLIVAN:  Correct.  With fitness for

7    duty.

8                    THE COURT:  And then when she was told the

9    complaint -- the Office of Inspector General, is that

03:42:42   10    real?

11                    MS. SULLIVAN:  Yes.

12                    THE COURT:  Sometimes there's a slot to put

13    the complaint in, and it goes immediately down to the

14    basement into the trash can.

03:42:53   15                    MS. SULLIVAN:  No.  This is the real

16    position within the legal department.

17                    THE COURT:  And was that ever acted on?

18                    MS. WARSHAUER:  Your Honor, there was an

19    investigation, though part of our complaint here is that

03:43:06   20    we think the investigation was incomplete.

21                    THE COURT:  Of course you do, because you

22    want it to come out your way.

23                    MS. WARSHAUER:  But there was an

24    investigation.

03:43:13   25                    THE COURT:  And did she appeal it?

1            MS. WARSHAUER:  The investigation did
2   sustain her allegations against the three people that
3   Mr. Barrientes, Mr. Elliot and Mr. Sortino, and there was
4   no appeal or anything after the investigation.
5            THE COURT:  So what was the appeal?
6            MS. WARSHAUER:  Pardon?
7            THE COURT:  You said that what the Inspector
8   General did was not adequate.
9            MS. WARSHAUER:  Oh, I understand.  The first
10  thing was that they did not ask any of the three
11  individuals who else may have seen the videos.  And her
12  major concern was that the pictures and videos would have
13  been sent throughout the Fire Department over the years.
14            So that was one of the issues.
15            The second issue was then with the actions
16  taken in response for both -- Chief Elliot had retired at
17  this point, but for Mr. Barrientes and Mr. Sortino, the
18  consequences were not adequate.  For example, for
19  Mr. Barrientes, although they did promote him, he's still
20  eligible to take a test to become a -- I believe district
21  chief.
22            THE COURT:  This is talking about personnel
23  policies.  It's not a vengeance.
24            MS. WARSHAUER:  Yes, sir.
25            THE COURT:  They're not -- never worked for

1    millions of dollars or anything.  It's to find out what's

2    going on in the city, and if there are adjustments that

3    need to be made, the violations of the law are caught,

4    they have to address them.  She's not entitled to

03:44:54  5    everything she'd like to have happen.

6              MS. WARSHAUER:  Yes, sir.  Understood.  The

7    main issue, I think, was that the consequences, and then

8    afterwards, it was something like this where you would

9    have a sexual harassment issue, one solution might be to

03:45:11  10   separate the person, the harasser from the victim, and

11   here that did not happen.

12             THE COURT:  But there was no untoward

13   advances of her, to her.

14             MS. WARSHAUER:  Well, she still, because

03:45:27  15   these people had viewed her pictures --

16             THE COURT:  Ma'am, answer my questions, not

17   the one that's even better.

18             MS. WARSHAUER:  Understood.  No, there were

19   no in-person advances.

03:45:43  20             THE COURT:  And what role is Elliot's having

21   personal stuff on the company computer?

22             MS. WARSHAUER:  Ms. Abbt.

23             THE COURT:  Abbt.

24             MS. WARSHAUER:  Her -- those pictures were

03:46:03  25   on her personal computer.

7

<pre>
          1              THE COURT:  Where was it?
          2              MS. WARSHAUER:  It was -- she would bring it
          3    to the station on her downtime, and someone -- one of her
          4    co-workers broke into that computer and then uploaded the
03:46:15  5    pictures onto it.
          6              THE COURT:  How did she know that?
          7              MS. WARSHAUER:  She did not know that until
          8    she was told later.
          9              THE COURT:  Then she doesn't know anybody
03:46:23 10    broke into it.
         11              MS. WARSHAUER:  Well, she was not the person
         12    who put it on the station computer.
         13              THE COURT:  I know that.  But broke into, as
         14    opposed to opened and transferred, are different
03:46:35 15    propositions.
         16              MS. WARSHAUER:  Your Honor, I think our
         17    position would be that in this situation they were just
         18    saying she did not give anyone to access her computer.
         19              THE COURT:  I know that, or I assume that.
03:46:47 20              MS. WARSHAUER:  Right.  Right.
         21              THE COURT:  I'm comfortable assuming that.
         22    But we don't know that, so we'll have to delve into that.
         23    We don't know how Barrientes -- I'm not saying he did
         24    it -- but Barrientes got into the computer.  We simply
03:47:15 25    don't know.
</pre>

1          MS. WARSHAUER:  Yes, sir.

2          THE COURT:  And what was Abbt's job with the

3  Fire Department?

4          MS. WARSHAUER:  She was promoted to chief at

5  the very end of her tenure.

6          MS. SULLIVAN:  Captain.

7          MS. WARSHAUER:  I'm so sorry.

8          THE COURT:  Captain.  Captain is better than

9  a chief.

10          MS. SULLIVAN:  It's two ranks below chief.

11          MS. WARSHAUER:  At the time she was an

12  engineer operator, which was one level above firefighter,

13  I believe.

14          MS. SULLIVAN:  Yes.  Chauffeurs,

15  firefighter, engineer operator, captain.

16          THE COURT:  When you say "chauffeur," do you

17  mean like my chauffeur who picks me up in a limousine, or

18  do you mean someone who drove a fire truck?

19          MS. SULLIVAN:  Somebody who drove the fire

20  truck.  That was the other way of referring to it.

21          THE COURT:  I don't mind.  That's probably a

22  really old Fire Department.  Fire Department everywhere

23  practicing.  The taxi commission in Boston is the Boston

24  hack and livery commission.  They changed the meat to

25  transportation and everything.  I like that.  It's

*Johnny C. Sanchez, RMR, CRR - jcscourtreporter@aol.com*

1    completely meaningless.

2                         Were you on *Law Review*?

3                         MS. WARSHAUER:  No, sir.

4                         THE COURT:  I thought you were.  Search for

03:49:14    5    found copy, viewed, shared.  Throw in a few more.

6    Wouldn't you take care of it?

7                         MS. WARSHAUER:  They can search for it in

8    Google.

9                         THE COURT:  They can't do it if they don't

03:49:31   10    search for it.

11                         MS. WARSHAUER:  That is a fair point, Your

12    Honor.

13                         THE COURT:  Unless she leaves it up.

14                         MS. WARSHAUER:  Your Honor, that is a good

03:49:36   15    point.

16                         THE COURT:  Well, I think -- I don't know

17    this, but do we have another incident of the Fire

18    Department employee having his files shared?

19                         MS. SULLIVAN:  Not to my knowledge.  And

03:49:56   20    I've had to go through those recently with the Fire

21    Department the last four or five years.  I'm not aware of

22    any other instances.

23                         THE COURT:  I guess most male firefighters

24    wouldn't put their pictures on the computer that had them

03:50:17   25    on there.  They just put women's pictures on the computer.

1    But I could be wrong about that.  People do strange

2    things.

3                    MS. SULLIVAN:  Agreed.

4                    THE COURT:  How long the time from this

03:50:45    5    incident to when she retired?

6                    MS. SULLIVAN:  When she retired?

7                    THE COURT:  Just roughly.

8                    MS. SULLIVAN:  She found out about the

9    incident in May of 2017, and she was medically separated

03:51:00    10    from the city in February of this year.

11                    So she was off on leave for more than a

12    year.  Almost two.

13                    THE COURT:  And what was the medical

14    condition?

03:51:18    15                    MS. SULLIVAN:  With our process under the

16    Texas local government code, we had her doctor complete a

17    medical questionnaire, and the doctor indicated that she

18    was not able to perform her duties as -- of a firefighter.

19    It went before the commission, and there was some question

03:51:36    20    about what was indicated in the report, so we sent her to

21    an appointed doctor.  The appointed doctor also said she

22    was not fit to perform the duties.

23                    THE COURT:  Did they give you a hint why?

24    Some doctors says jurors are not able to serve.  That's

03:51:53    25    not enough.

*Johnny C. Sanchez, RMR, CRR – jcscourtreporter@aol.com*

1          MS. SULLIVAN:  I know.  It was PTSD, I

2    believe, is what the diagnosis is.

3          THE COURT:  How long ago?

4          MS. SULLIVAN:  I'm sorry?

03:52:01   5          THE COURT:  Was she ever one of the people

6    who gets to run in to the burning buildings?

7          MS. SULLIVAN:  As a captain, she would have

8    been responsible for maintaining the scene, but I believe

9    her promotion occurred while she was out on leave.  So as

03:52:16  10    an engineer operator, she would have been responsible

11    outside with the truck in operating the pumps and all of

12    the other equipment associated with it.

13          I believe her chief complaint was that

14    because she believes her video and pictures were viewed by

03:52:33  15    other firefighters, that she could not work with other

16    Houston firefighters.

17          THE COURT:  Then that might be reasonable,

18    personal assumption for her, doesn't mind everybody else

19    that may be impossible for her to work.  And so, was she

03:53:00  20    paid during the time she was off?

21          MS. SULLIVAN:  So --

22          THE COURT:  I wasn't sure where the

23    unpayment went.

24          MS. SULLIVAN:  So in terms of if you're out

03:53:11  25    sick, or for any reason, you can use your vacation, you

1    can use your sick leave.  Once that's exhausted, you go on

2    unpaid leave like anybody else.  There is a provision for

3    donated leave, but it's for your own serious health

4    conditions, and I'm not aware of at this time she's ever

03:53:28    5    requested donated leave.

6             THE COURT:  But that means her friends and

7    co-workers have to send it to her.

8             MS. SULLIVAN:  Correct.

9             THE COURT:  Every once in a while around

03:53:37    10   here we have that.  Someone gives away all their time, and

11   then all of a sudden they need it.

12            MS. SULLIVAN:  But I believe, also, she was

13   eventually granted workers' compensation.  Initially, when

14   she filed for workers' compensation, our third-party

03:53:53    15   administrator challenged it, in terms of timing, that she

16   didn't file the Workers' Comp claim in time.  But after a

17   number of appeals -- and I want to say it was late last

18   year -- they did grant her Workers' Comp.  So they would

19   have gone back and adjusted her time to code it as

03:54:15    20   Workers' Comp and any pay associated with that.  I don't

21   have those records with me right now that I looked.

22            THE COURT:  There's no short-term disability

23   coverage?

24            MS. SULLIVAN:  None.

03:54:28    25            THE COURT:  I'm not proposing that.

1        MS. SULLIVAN:  I am but -- no, there is no

2   short-term disability.  Having had to take unpaid leave

3   for two maternity leaves, there's no -- the city doesn't

4   go beyond that.

03:54:56   5        THE COURT:  Again, when did she retire?

6        MS. SULLIVAN:  February 2019 is when the

7   commission medically separated her, but she had not

8   returned to work since May of 2017.

9        MS. WARSHAUER:  And just to clarify that, I

03:55:16  10   believe she was calling in on a weekly basis.

11        THE COURT:  You have to.

12        MS. SULLIVAN:  Right.  I just wanted to make

13   sure.

14        THE COURT:  In case you die, they'd like to

03:55:31  15   know.  It's a different world.  Unless she's really old,

16   fake sign that says:  Management request that employees

17   who die fall down because we're having a hard time

18   distinguishing them from the other workers.

19             The OIG, tell us what appropriate action

03:56:14  20   was in the findings?

21        MS. SULLIVAN:  Well, the OIG would not have

22   any authority to issue any discipline.  That would be

23   strictly the fire chief.  If they make --

24        THE COURT:  The quote here is they knew

03:56:34  25   about the video and failed to take appropriate action.

1  Have to define what appropriate action was in their

2  judgment to know that what he did do was.

3           MS. SULLIVAN:  The Office of Inspector

4  General is run by an attorney.  And so, to the extent that

03:56:51    5  any recommendation was made to the fire chief, it would be

6  an attorney-client protected communication.  But my

7  understanding is --

8           THE COURT:  Not to them.  I mean, he's the

9  Inspector General.  You can't create attorney-client

03:57:10   10  privilege by putting a person who is a lawyer on the job.

11  The old Prime Pipeline Company, that case involved the

12  billings and past receipts for oil and gas transported

13  from one well or the other.  And they asserted

14  attorney-client privilege because the person who handled

03:57:38   15  that was a lawyer.

16           It's like a receipt from a store or

17  something, a receipt.  And they said -- I found out with

18  some sweet, gentle questioning, that everybody in contract

19  administration was a lawyer.  So the entire operation of

03:58:06   20  the business.

21           So I held that they had no.  Not just

22  there, but Prime, whatever it was, Pipeline, took from

23  their general counsel was executive vice-president and

24  general counsel.  That's two and a halves to maintain a

03:58:27   25  privilege.  And then they went bankrupt.  I don't know

1    that they're connected, but...

2              MS. SULLIVAN:  The OIG particular findings,

3    in terms of the investigation were public because they

4    were provided in correspondence to Ms. Abbt.  And the fire

03:58:52    5    chief which has the sole authority to discipline, demoted

6    Senior Captain Barrientes two ranks to be rank of engineer

7    operator.  He appealed.  It was sustained.  The arbitrator

8    sustained the appeal.  And so, he cannot promote to

9    district chief.  He has to start over.  So if he wants to

03:59:11    10   go back in a supervisory role, he has to take the test,

11   get on a list.

12             THE COURT:  This thing about one employee

13   telling her she should go back to work and be proud of her

14   body.  I don't think that's an official statement.

03:59:39    15   Certainly not harassing.  Something -- she must have

16   brought up, or one of these people sent something out to

17   everybody.  That's not right, talking to each other.  And

18   that person is unidentified.

19             MS. WARSHAUER:  Yes, Your Honor.  I believe

04:00:05    20   that was Laura Hunter, who was part of staff services, and

21   that was one of the people she was told to go talk to

22   about the incident shortly after she found out about it.

23   That was the context.

24             MS. SULLIVAN:  Laura Hunter is in member

04:00:20    25   services.  She's not in staff --

1                    THE COURT:  Member services?

2                    MS. SULLIVAN:  Yes.  Staff services is the

3       investigative body for HFD, member services is whatever.

4                    THE COURT:  It would help if they give it a

04:00:34   5    name.

6                    MS. SULLIVAN:  I think it's called member

7       services, but don't quote me on that because it changes

8       each chief.

9                    THE COURT:  That the investigator went to

04:00:45  10    the wrong station means nothing.  His GPS must have been

11      down.  So there's no need for the guy to ask for

12      Barrientes -- what's the name?

13                   MS. WARSHAUER:  Sortino.

14                   THE COURT:  Is that what it is, in Italian

04:01:24  15    or South Texas English.

16                   MS. WARSHAUER:  I'm not sure.

17                   THE COURT:  That's a good rule.  They call

18      themselves that.

19                       So if the investigator didn't ask, your

04:01:46  20    client already knew because other people were telling him

21      they were on --

22                   MS. WARSHAUER:  She knew from one person.

23      And, if anything --

24                   THE COURT:  The fact in the case is, she

04:02:03  25    knew, so it doesn't matter how many people he asked were

1  they on there.

2                    MS. WARSHAUER:  Was it on the computer?

3                    THE COURT:  Yes.

4                    MS. WARSHAUER:  Yes, Your Honor, that's

04:02:13  5  correct.

6                    THE COURT:  Was it lose on the computer?

7  Sortino?

8                    MS. WARSHAUER:  Yes, Your Honor.

9                    THE COURT:  If he wants to use his vacation

04:02:52  10  time to do the suspension, what's wrong with that?  Those

11  are real days that are free time.

12                    MS. WARSHAUER:  Your Honor, it's our

13  understanding that the Fire Department can choose whether

14  or not to allow that.  And so, that was --

04:03:09  15                    THE COURT:  They allowed it, but -- how

16  long, again, did she work after the incident?

17                    MS. SULLIVAN:  She never returned to work

18  once she -- you mean after which incident?

19                    MR. SOLIZ:  After she found out about it?

04:03:40  20  She found out about it like years later.  The incident

21  occurred, and it was years later before she found out

22  about it.

23                    THE COURT:  I thought she went home when she

24  found out about it.

04:03:51  25                    MS. SULLIVAN:  As soon as she found out, she

1    reported off-duty in May of 2017, and he never saw her

2    again, in terms of working.

3              THE COURT:   Paragraph 21 is about schedules

4    were the malefactors were with her, but not applied.   She

04:04:06  5    never was there.

6              MS. WARSHAUER:   Your Honor, part of the

7    reason, at least our position that part of the reason she

8    did not come back was that there was not -- I mean, she

9    asked for some sort of desk job or something she could do

04:04:19  10   where she wouldn't need to interact with Mr. Barrientes,

11   Chief Elliot when he was there and others who saw the

12   video, and that there were no jobs for-- she was told

13   there was nothing she could do in that kind of capacity.

14             THE COURT:   When did she do that, after she

04:04:35  15   went home sick that day?

16             MS. WARSHAUER:   Yes, Your Honor.   It was an

17   ongoing conversation, and she was requesting meetings with

18   the chief.

19             THE COURT:   So that's got to be actually

04:04:49  20   wrong, but there were no schedule, or if she's not there,

21   she's not scheduled.   So it couldn't be conflict with

22   these clowns -- I mean people.

23             MS. WARSHAUER:   Your Honor, she, while on

24   leave was trying to meet with people within HFD to see if

04:05:07  25   there was something she could do to come back to not do

1   work that would not overlap with them, and she was told

2   that would not be possible.

3                       So that's what we meant by that paragraph.

4                       THE COURT:  That would be one line.  She

04:05:21   5   wanted nonconflicting schedules and essentially said that

6   was too complicated.

7                       MS. WARSHAUER:  Yes, Your Honor.

8                       MS. SULLIVAN:  And if I may be exact, my

9   understanding is she asked to be able to work from home.

04:05:36   10                      THE COURT:  Hard for a firefighter.

11                      MS. SULLIVAN:  That's correct.

12                      THE COURT:  That was a bad joke.  I burn my

13  house down, I get time for that one.

14                      MS. SULLIVAN:  The second request is that to

04:05:47   15  the extent she took a staff position, we would have to

16  backfill her position, meaning we would pay overtime for

17  somebody to serve in her role and pay her salary because

18  we have minimum staffing requirements on our fire trucks.

19  And we -- the staff positions that we have were already

04:06:07   20  filled at that time.

21                      So the only people that are able to work

22  on staff is those who are injured on duty.

23                      THE COURT:  As a firefighter?

24                      MS. SULLIVAN:  As of -- as -- any

04:06:18   25  firefighter out at -- at the station.  And there is a

1    medical process that we have to go through, in terms of

2    accommodating and providing transitional duty, and at that

3    time she wasn't eligible.

4                And the other thing is we have several

04:06:37  5    fire stations and several -- we have four shifts.  So the

6    likelihood that she would cross paths with Barrientes or

7    Sortino or any of the other ones, there's the north side,

8    there's the south side, and they usually stay within their

9    quadrant.

04:06:57  10                MS. WARSHAUER:  And, Your Honor, that goes

11    to --

12                THE COURT:  Does that partially determined

13    on how many fires you have someplace?  There are times you

14    use the alarm that --

04:07:05  15                MS. SULLIVAN:  Five alarm?  So it typically

16    would come from, a district will have, let's say, four or

17    five stations, and if that alarm is in that district, they

18    would all come from that same --

19                THE COURT:  If it still keeps going, they

04:07:20  20    call somebody from another.

21                MS. SULLIVAN:  The nearest, the closest.

22    But Houston is large enough.  There's west Houston,

23    there's south.

24                THE COURT:  So how do we know that the City

04:07:41  25    of Houston punished her for the complaint?

                       1              MS. WARSHAUER:  A few reasons.  The first

                       2    one, it's our position that there would have been an

                       3    option for some sort of paid leave.

                       4              THE COURT:  Okay.

04:07:54               5              MS. WARSHAUER:  So that's one.  And I think

                       6    the main one, and that denial came after she made her

                       7    complaint.

                       8              THE COURT:  My point is, how do you know

                       9    Houston had the idea we're going to punish this woman, as

04:08:24              10    opposed to bad rules and processes when they got an

                      11    unusual or an unfillable request?  You can't -- but what

                      12    you have is a problem that the city took an adverse job

                      13    action.  Is that necessary?  And that it was after a

                      14    complaint is a necessary condition.  But they're not

04:09:02              15    sufficient.  You still have to prove that it's connected.

                      16    Otherwise, it would post hoc ergo propter hoc.

                      17              I take Workers' Comp case, staff files for

                      18    Workers' Comp, down the road he gets laid off or

                      19    something, and he'll get a lawyer and sue the company for

04:09:33              20    compensation discrimination.  You're not immune from

                      21    layoffs because you had a comp claim, you're immune to a

                      22    principle layoff, where there's some evidence that female

                      23    and most lawyers, would agree with that?

                      24              MS. SULLIVAN:  I'm sorry?

04:09:53              25              THE COURT:  Is that Workers' Comp

1  retaliation?  They give you this popular economic argument

2  that keeps their rates down.  The bigger problem is it

3  keeps the morale of the entire workforce vague.  The

4  company is perfectly willing to pay for compensation for

04:10:16  5  people who really are hurt on the job and all that sort of

6  thing.  And, yes, their rates may reflect the number of

7  injuries, but that's not the workers' fault in most cases.

8  If you run a sloppy operation, more people are going to

9  get hurt.

04:10:38  10            MS. SULLIVAN:  Your Honor, if I may?  We

11  attempted to hold an interactive meeting to determine if

12  there was some way that we could accommodate her.  She did

13  not attend that meeting.  The second issue when we were

14  trying to schedule the interactive meeting, the medical

04:10:58  15  questionnaire completed by the appointed doctor, she never

16  signed the release so that the department could see it in

17  order to be able to figure out what, if anything, they

18  could do for her.

19            THE COURT:  She sent a city form to her

04:11:13  20  doctor.

21            MS. SULLIVAN:  Commission.  The commission.

22            THE COURT:  The commission.

23            MS. SULLIVAN:  Yes.

24            THE COURT:  And they had to get a release to

04:11:25  25  see something that was sent by her for your benefit?

23

1          MS. WARSHAUER:  And she was eventually told

2     that they did have the correct release.  So, as far as she

3     was aware, that they had everything they needed.  So,

4     there may have been miscommunications, but I just wanted

04:11:43   5     to clarify that.

6          THE COURT:  Could it be that this is not an

7     employment discrimination at all?  It was simply the use

8     of her personal stuff?  What do you call it when somebody

9     releases old love letters from somebody, they don't like

04:12:59  10     what they're doing, for whatever reason, now it's just

11     everybody's nosy.  It's an invasion of privacy, but when

12     they did it, they didn't know what was there.  I mean, if

13     they really opened up and hacked her computer, they don't

14     know what they're going to get.

04:13:25  15          MS. WARSHAUER:  Your Honor, I think the key

16     here was two of the people that we know saw the video and

17     then did nothing about it except continued to watch it and

18     send it to each other, were two of her supervisors.

19     And --

04:13:39  20          THE COURT:  That still doesn't change the

21     nature of everybody who did that -- I haven't briefed read

22     this, so-to-speak, but that's what happens, that he breaks

23     into somebody's office and gets this girl that's otherwise

24     interested in letters, and takes them out and spreads them

04:14:04  25     out, not everybody reads them, but purloining letters

*Johnny C. Sanchez, RMR, CRR - jcscourtreporter@aol.com*

1    does.

2                    MR. SOLIZ:  If I could mention something?

3    It's Mr. Barientos' position that he never touched the

4    computer.  A video was e-mailed to him from some unknown

04:14:27  5    source, and saw the video.  Later, he mentioned it to his

6    supervisor, which is Mr. Elliot, and then he asked to see

7    the video, and it shows the picture of the video.

8                    He didn't break into the computer.  It was

9    just the one video.  There's references to other pictures,

04:14:52  10   but he claims he's never seen those pictures.

11                   THE COURT:  Republication --

12                   MR. SOLIZ:  But it was his supervisor.  His

13   supervisor asked him.  He reported the video.

14                   THE COURT:  Did he make a written report?

04:15:15  15                   MR. SOLIZ:  Not that I know of.

16                   THE COURT:  Did the supervisor --

17                   MS. WARSHAUER:  No.

18                   THE COURT:  -- take notes and talk to

19   somebody forward or sideways?

04:15:26  20                   MS. SULLIVAN:  As far as I'm concerned, it

21   didn't have anything to do with work.

22                   THE COURT:  Well, it's clear.  This is

23   not -- her contents was not work-related.  But if you find

24   out somebody on your staff is, she starts stealing law

04:15:48  25   clerks' down the hall briefs and changing the names, I

1   have a problem with that.  So it's something that an

2   employer would want to know.

3                    MS. WARSHAUER:  And, Your Honor, to answer

4   your question, no, there was never any written report or

04:16:06   5   anything like that.  And as far as we know from

6   pre-discovery, the city did not have any sort of process

7   in place even to forward these kinds of reports, is what

8   we were told by Mr. Barrientes during his pre-suit

9   deposition.

04:16:24   10                    MS. SULLIVAN:  What kind of process to do

11   what?

12                    MS. WARSHAUER:  To report sexual harassment,

13   for example, and sexual harassment training.

14                    THE COURT:  Wait.  If it's not -- look,

04:16:33   15   nobody drew dirty pictures of her and left them on her

16   desk or something.  There are all kinds of gestures which

17   when taken to be related, but first mid-level managers

18   should use common sense.  There's not a book for that.

19   And they probably ought to report one level up to anything

04:17:05   20   that may disturb the piece and harmony of whatever

21   operation it is.  But it's not sexual harassment because

22   nobody was trying to run her off the job because of her

23   sex.  If they are, I, of course, don't want to see them,

24   but the sex tapes were self-produced.  She had them on her

04:17:32   25   computer.  It's not about getting her out of the workplace

1   so that friends can have the job or looking at her mail.

2   They're not for prurient interest, not sexual economic.

3   The emphasis of the Equal Employment Act is equal

4   opportunity.  And it's become into a semi-fairness based

04:18:28  5   on jokes somebody takes offense at which or may not

6   involve men, women, whites, blacks, whatever.

7               And all this sharing, did it go on company

8   computers?

9               MS. SULLIVAN:  The computer that was in the

04:18:51  10  station was not a City of Houston computer.  Someone had

11  brought their personal computer in and set it up.

12              THE COURT:  So the copy, what was on her

13  computer was not a company computer?

14              MS. WARSHAUER:  Wait.  To clarify.  This was

04:19:11  15  a computer brought in by another firefighter for use of

16  all the firefighters at the station.  It was not, as far

17  as we know, purchased by the City of Houston, but it was

18  used for City of Houston work.

19              THE COURT:  And that's the source of the

04:19:28  20  film?

21              MS. WARSHAUER:  No, Your Honor.  This was

22  the computer where we allege Mr. Elliot, Mr. Barrientes

23  watched the video.  This is separate from her own personal

24  laptop.  If that makes sense.

04:19:45  25              MS. SULLIVAN:  It somehow got transferred to

1    that computer.

2                 THE COURT:  She didn't know they transferred

3    it.

4                 MS. WARSHAUER:  No, Your Honor.

5                 THE COURT:  They watched it.

6                 MS. WARSHAUER:  They watched it.  And I

7    believe Mr. Barrientes alleges that he watched it on his

8    cellphone.

9                 MR. SOLIZ:  It was sent to him by someone,

10   another source, by e-mail.  He didn't know who it was

11   until he opened it.  But he viewed it on his cellphone and

12   showed it to Mr. Elliot who showed it on his cellphone,

13   not on the computer.

14                MS. WARSHAUER:  And it's our position that

15   it was on this computer captain was stationed, in the

16   watch office, I believe is what it's called.

17                THE COURT:  The original source for the

18   cellphone video?

19                MS. WARSHAUER:  No, sir, not the original.

20   The original source was her personal laptop.

21                THE COURT:  That computer is from her

22   computer, and then everybody else got it from there?

23                MS. WARSHAUER:  Yes, Your Honor.

24                THE COURT:  And it branches --

25                MS. WARSHAUER:  Yes, Your Honor --

1          THE COURT:  -- into infinity?

2          MS. WARSHAUER:  Yes, Your Honor.

3          THE COURT:  Is the city vicariously liable

4     for tort committed by its workers that's unrelated to

04:20:54   5     work?

6          MS. WARSHAUER:  Your Honor, we, on Monday,

7     filed motion for leave to amend the complaint, and that is

8     one of the changes that we've asked to make, is that for

9     that tort to just be against Mr. Barrientes and not the

04:21:09   10    city.

11         THE COURT:  How about the rest of them?

12         MS. WARSHAUER:  Sorry, Your Honor?

13         THE COURT:  By now we know 15, 20 people who

14    watched it.

04:21:17   15    MS. WARSHAUER:  We only know of two, and we

16    only know that Mr. Barrientes was someone who had the

17    video and sent it off to someone else.  So that was the

18    only person we thought we could bring that claim.

19         THE COURT:  You brought --

04:21:30   20    MS. WARSHAUER:  Yes.

21         THE COURT:  So it's only, we're at four now.

22    Only four people that have seen it.  It's not like

23    everybody has seen it.

24         MS. WARSHAUER:  It is our belief that

04:21:45   25    because it was on this computer for ten years, that it's

```
     1    at least highly likely that many other people saw it

     2    and -- but obviously we would need to conduct

     3    additional -- that's part of what we would like to do in

     4    discovery is to try to figure out who actually saw it.

04:22:08     5           THE COURT:  That's kind of a problem about

     6    all this stuff.  It's in your notes.  Is there anything in

     7    this memo?

     8           MS. SULLIVAN:  No.  I was in state court and

     9    I just raised my affirmative defenses.

04:22:53    10           THE COURT:  Is this on the computer?

    11           MS. SULLIVAN:  I like to clean it up

    12    occasionally to match the case.

    13           THE COURT:  I get cases where the complaint

    14    says:  Now comes (plaintiff's name goes here).  And goes

04:23:15    15    on.  Or it talks about Mr. Thompson's car wreck for a page

    16    and a half, and then it lapses into completely different

    17    things.  They don't even read their own eight-page

    18    complaint.

    19           MS. WARSHAUER:  Your Honor, I can tell you

04:23:32    20    read that petition.

    21           THE COURT:  You could do spell check.  You

    22    know what the original name is, just replace it

    23    everywhere.

    24           MS. WARSHAUER:  Yes, Your Honor.

04:23:52    25           THE COURT:  You're right.  It's technically
```

1   correct, but substitute probably would be useful.

2                     So what would you like to do in response

3   to that?

4                     MS. SULLIVAN:  I'll file my motion for

04:24:14    5   summary judgment.  They were allowed to take pre-suit

6   discovery in state court.  And so, Ms. Abbt has not been

7   deposed.

8                     THE COURT:  Do you want to depose her?

9                     MS. SULLIVAN:  Yes, I do.

04:24:25   10                     THE COURT:  Is she deposable because of her

11  health?

12                     MS. WARSHAUER:  She is deposable, Your

13  Honor.  I would also note that on Monday we also filed

14  motion for remand, but that will happen in the course of

04:24:39   15  time.

16                     THE COURT:  Probably not.

17                     MS. WARSHAUER:  Understood, Your Honor.

18  That was under the rule that the, both defendants have to

19  file some sort of, independently need to file consent, and

04:24:51   20  that did not happen here, that we're aware of.

21                     THE COURT:  If when the city removed, he'd

22  been served?

23                     MS. WARSHAUER:  Yes, sir, he was.  I

24  contacted Mr. Soliz and confirmed the via e-mail that he

04:25:09   25  would consent to removal.

1          THE COURT:  Well, I'd like it better when

2    you do for others that did.

3          MS. SULLIVAN:  I actually put it in my

4    notice of removal.

04:25:20    5          MS. WARSHAUER:  Yes, Your Honor.  And there

6    are cases in the Southern District and elsewhere that say

7    that a line, one co-defendant says a removal saying the

8    other co-defendant consented is not sufficient that

9    co-defendant needs to file some independent written notice

04:25:39    10   or consent also.

11         MS. SULLIVAN:  I apologize.  This is the

12   original part of the e-mail.

13         THE COURT:  You may have an e-mail problem.

14   They were okay with removal.  Court of Appeals Circuit has

04:26:35    15   said using any word other than "consent" as a word is

16   inadequate.  The gist of it.  I don't think not simply by

17   okay.  But I'll look at it.  In the meantime, take her

18   deposition and think about it.

19         I'm not one who normally promotes adding

04:27:14    20   more tort claims to the thing, but it seems to me that

21   somebody sent it to Barrientes.  That's okay.  You can't

22   control what people do, but to republish it is a problem.

23   You'd still have the damages problem of making him

24   responsible for all the damages when for ten years this is

04:27:42    25   floating around in the back rooms of the Fire Department.

1                Is that what you were going to say?

2                MS. SULLIVAN:  No.  I was going to say

3    "allegedly."  But saying that she's still promoted, she

4    still had fine evaluations.  There's nothing to reflect

04:28:03   5    that there was any harm to her employment, or that there

6    was severe probation, or any other damage.

7                THE COURT:  City's position is that if she

8    was so discommoded by that, it's called a job injury, it's

9    not employment discrimination.

04:28:22  10                MS. WARSHAUER:  I think they would actually

11    depict her as on-the-job-injury.

12                THE COURT:  Because it's not in the course

13    and scope?

14                MS. SULLIVAN:  But that was never argued --

04:28:33  15                THE COURT:  That sounds just like her.  And

16    is she still living in Houston?

17                MS. WARSHAUER:  She's living outside of

18    Houston.

19                THE COURT:  I mean --

04:28:45  20                MS. WARSHAUER:  Yes.  In the area,

21    generally.  Yes, sir.

22                THE COURT:  Called the charity and they keep

23    referring to the Greater Houston Metropolitan Area.  So

24    you could say Metropolitan Houston.  Most of us do, say

04:29:02  25    Houston.  People in Bellaire don't like.  That's tough.  I

1  happen to live in a parasite municipality out west.  Some

2  people in my town think Houston grew up next to it.  And

3  there's 4,500 of us, something like that.

4              Any objection to amendment?

04:29:27  5              MS. SULLIVAN:  I do because she removed the

6  Title VII claims and raises the Texas Labor Code, solely

7  for the purpose of defeating federal jurisdiction.

8              THE COURT:  Just can't do that.  You can't

9  plead it one way and when it doesn't go well:  Oh, I meant

04:29:43  10  to call it another title.  It describes a federal action.

11  If you never mention Title VII, "allegedly," the complaint

12  describes employment discrimination.

13              MS. WARSHAUER:  Yes, Your Honor.

14              THE COURT:  Or the other things.

04:29:59  15              MS. WARSHAUER:  And, Your Honor, in our

16  motion for leave and the motion for remand, we do cite

17  cases which I unfortunately don't have with me where

18  plaintiffs are permitted to choose if they want to bring

19  it under the Texas Labor Code or the Title VII, and

04:30:14  20  actually switch them, and cases that were remanded on that

21  basis.

22              THE COURT:  I'm not going to remand it on

23  that basis.  But I'll read it.

24              MS. WARSHAUER:  Understood.

04:30:26  25              THE COURT:  Take your best couple of cases

1   that's simply advocating responsibility the plaintiffs

2   have.  They plead it one way and say, Oh, no, I mean it.

3   It's like I get it all the time.  It's removed because of

4   diversity or something they wanted $75,000, and sometimes

04:30:49   5   they don't use their number at all.  And so, I always ask

6   the other lawyer:  About how much was your last demand?

7   And he'd say it's under 75.  Oh, well, that was just a

8   demand.  How much was it?  $287,000.

9             MS. WARSHAUER:  Yes, Your Honor.  And we

04:31:09   10   recognize that the Court does not lose jurisdiction on

11   this basis.  The jurisdiction is determined at the time of

12   removal, but if the Court were to permit that amendment,

13   and the Court would have discretion whether to exercise

14   supplemental jurisdiction at that point because that's

04:31:25   15   what the motion for remand is based on.

16             THE COURT:  It's the standard.  Your problem

17   is not whether it's Texas or federal.  Whether it is in

18   fact sexual discrimination as opposed to invasion of

19   privacy.

04:31:39   20             MS. WARSHAUER:  Yes, Your Honor.  And one

21   main issue is that the tort claim that we do have against

22   Mr. Barrientes, it is, as far as we know, the first one

23   brought under the statute.  So that is one of the reasons

24   we think.

04:31:52   25             THE COURT:  Which statute?

1              MS. WARSHAUER:  It's 98B.002.  It was passed

2    in 2015.  It's called, colloquially, the Texas revenge

3    porn statute.  And as far as I could see on Westlaw --

4              THE COURT:  Texas what?

04:32:07   5              MS. WARSHAUER:  Revenge porn statute.  It

6    was called -- I think it's broader, much broader than that

7    because we think it applies to this case.  It's basically

8    for cases like this.

9              THE COURT:  You would think this is my 40th

04:32:19  10    year as a judge, 14 years as lawyer, about once a month I

11    learn of some law I have yet to run across.  And this is

12    one of them.

13              MS. WARSHAUER:  Yes, sir.  When I looked on

14    Westlaw on Monday, this was the only case, only document,

04:32:37  15    that I was citing it.  And so, that will be a novel issue

16    state law which will go into the motion for remand.

17              THE COURT:  I can do novel issues too.

18              MS. WARSHAUER:  Understood, Your Honor.

19    Absolutely.

04:32:50  20              THE COURT:  How do you apply recoupment, or

21    would appear with another personal property, on oil and

22    gas properties in Montana.

23              MS. WARSHAUER:  Yes, sir, understood.  I

24    honestly don't we even get to that issue because of the

04:33:15  25    consent to removal issue.  So, as you'll see in the motion

1    that's argument number one, absolutely.  And second in the

2    alternative.

3                THE COURT:  But you can give me a lot of

4    text if you want, but I would like to say stole from brief

04:33:34    5    if you state your proposition and a couple of citations.

6                MS. WARSHAUER:  I think it is fairly

7    skeletal, but if it's too much, I will certainly --

8                THE COURT:  I'm just trying to save

9    everybody time and money.

04:33:43    10                MS. WARSHAUER:  Understood, Your Honor.

11                THE COURT:  I think I understand the

12    problem.  I just don't understand the issues.

13                MS. WARSHAUER:  Understood.  That section, I

14    think, is like two paragraphs.  I tried to keep it short.

04:33:55    15                THE COURT:  I started doing that as a

16    lawyer, knowing how impatient I was, I thought maybe some

17    people who wear dresses at work, like my colleagues, would

18    say:  You know, Judge Sondock, who was a wonderful judge,

19    she'd draw a red line across in the middle of Page 2 of

04:34:23    20    your brief.  That's where she stopped reading.

21                If you can't explain it in page and a

22    half, you don't understand it yourself.  As bad as I am, I

23    thought she was a marvelous colleague.  And the years we

24    were on the bench together in state court, we were the

04:34:41    25    only civil district judges to take, asked for a jury on

1   Friday.  And I did the most, and she did the second most

2   summary judgments.

3                   MS. WARSHAUER:  Times have changed.

4                   THE COURT:  Best thing I did was abolish it

04:34:59   5   with the help of Don Phillips and Dan Cochran.  We had a

6   52-year old central docket which works real good if you've

7   got two or three judges.  Twenty-five of them, it's just

8   completely disconnects the judge to whom the case is

9   assigned from any preparation.

04:35:19   10                  So we put together what came to be known

11   as the January conspiracy.  It persuaded majority of the

12   district judges after I think it was 52 years to abolish

13   it.  Our system here is, you get it.  It's yours.  No

14   whining.  Success or failure.  But you have some hints

04:35:32   15   that you need to prepare the jury.  In the old system I

16   would get the jury before I'd get the case file.

17                   MS. WARSHAUER:  Crazy.

18                   THE COURT:  Sometimes during jury selection

19   or opening argument, I could read enough to know that

04:35:55   20   there was a summary judgment motion in there that should

21   have been granted.  And the other lawyer, unless you've

22   done it a couple of times and it was denied, the saying

23   was:  You never get reversed for summary judgment, denying

24   a summary judgement.  The problem is, I wasn't there to

04:36:13   25   get a verdict.  I was there to do what I thought was

1    right.

2                     MS. WARSHAUER:  Yes, sir.

3                     THE COURT:  All right.  When do you want her

4    deadline to get your response?

5                     MS. WARSHAUER:  Pardon?

6                     THE COURT:  Your reply, when do you want to

7    do it, or have you already done it?

8                     MS. WARSHAUER:  I've already done it, the

9    motion for remand.  And so, I think it's docketed

10   for 21 days from Monday.

11                     MS. SULLIVAN:  I'd like an opportunity to

12   file a response.

13                     THE COURT:  Sure.  I'll give you more time.

14   Take two weeks.

15                     MS. SULLIVAN:  Okay.

16                     THE COURT:  Because it's Monday, she'll work

17   on the weekend.  That would cause heart attacks from other

18   lawyers:  Oh, no.  We're not going to do that.  She'd get

19   runoff.

20                     All right.  Can you think of anything she

21   didn't cover?

22                     MS. SULLIVAN:  I don't believe so, Your

23   Honor.

24                     THE COURT:  Do you have anything to add

25   about anything?

1        MR. SOLIZ:  Not at this time, other than to

2   clarify.  Were you serious about Wednesday, or is that a

3   joke?  The reason I ask is I'm scheduled to be out of town

4   from the 18th to the 24th.  So from Saturday until next

04:37:28  5   Friday on a visit --

6        THE COURT:  The deadline was Friday, right?

7        MS. WARSHAUER:  Thursday.

8        MR. SOLIZ:  It's June 2nd.

9        MS. WARSHAUER:  And I apologize if I wasn't

04:37:48  10   clear on what I filed.

11        THE COURT:  About the 30th, then, under the

12   rule.

13        MR. SOLIZ:  Something like that.  End of

14   June -- I mean, end of May, first of June, but it's not

04:37:58  15   next week.

16        THE COURT:  How about June 6th, the landing

17   in Normandy?  She's put all those strange steel

18   contraptions that they weld so your boats can't get to the

19   shore.  She put all those in the way.  Going to have to

04:38:25  20   work straight through to the 6th.

21        MR. SOLIZ:  That's fine.

22        THE COURT:  Anything else?

23        MS. SULLIVAN:  No.

24        THE COURT:  Okay.  Thank you.

04:38:32  25        **(Recessed at 4:38 p.m.)**

1                **COURT REPORTER'S CERTIFICATE**

2

3 I, Johnny C. Sanchez, certify that the foregoing is a

4 correct transcript from the record of proceedings in the

5 above-entitled matter.

6

                                     /s/_____

7                                      Johnny C. Sanchez, CRR, RMR

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**#8004** [1] - 2:6
**$287,000** [1] - 34:8
**$75,000** [1] - 34:4
**/s** [1] - 40:6
**1221** [1] - 1:17
**14** [1] - 35:10
**15** [2] - 1:6, 28:13
**18th** [1] - 39:4
**2** [1] - 36:19
**20** [1] - 28:13
**2015** [1] - 35:2
**2017** [3] - 10:9, 13:8, 18:1
**2019** [2] - 1:6, 13:6
**21** [2] - 18:3, 38:10
**24th** [1] - 39:4
**2500** [1] - 1:17
**2800** [1] - 2:2
**2nd** [1] - 39:8
**30th** [1] - 39:11
**330** [1] - 1:13
**368** [1] - 1:22
**3:40** [1] - 1:5
**4,500** [1] - 33:3
**40th** [1] - 35:9
**4100** [1] - 2:2
**4:19-CV-1353** [1] - 1:4
**4:38** [1] - 39:25
**515** [1] - 2:6
**52** [1] - 37:12
**52-year** [1] - 37:6
**6th** [2] - 39:16, 39:20
**713-655-1101** [1] - 1:18
**713.228.8922** [1] - 2:3
**713.250.5581** [1] - 2:8
**719** [1] - 1:13
**75** [1] - 34:7
**77001-0368** [1] - 1:23
**77002** [1] - 2:7
**77010** [1] - 1:17
**77056** [1] - 2:3
**77380** [1] - 1:14
**832.393.6299** [1] - 1:23
**832.767.3207** [1] - 1:14
**98B.002** [1] - 35:1
**ABBT** [1] - 1:4
**Abbt** [5] - 3:20, 6:22, 6:23, 15:4, 30:6
**Abbt's** [2] - 3:6, 8:2
**able** [5] - 10:18, 10:24, 19:9, 19:21, 22:17
**abolish** [2] - 37:4, 37:12
**above-entitled** [1] - 40:5
**absolutely** [2] - 35:19, 36:1
**access** [1] - 7:18
**accommodate** [1] - 22:12
**accommodating** [1] - 20:2
**Act** [1] - 26:3
**acted** [1] - 4:17
**action** [5] - 13:19, 13:25, 14:1, 21:13, 33:10
**actions** [1] - 5:15
**add** [1] - 38:24
**adding** [1] - 31:19

**additional** [1] - 29:3
**address** [1] - 6:4
**adequate** [2] - 5:8, 5:18
**adjusted** [1] - 12:19
**adjustments** [1] - 6:2
**administration** [1] - 14:19
**administrator** [1] - 12:15
**advances** [2] - 6:13, 6:19
**adverse** [1] - 21:12
**advocating** [1] - 34:1
**afterwards** [1] - 6:8
**ago** [1] - 11:3
**agree** [1] - 21:23
**agreed** [1] - 10:3
**Ahmad** [1] - 1:12
**AHMAD** [2] - 1:13, 1:16
**al** [1] - 1:6
**alarm** [3] - 20:14, 20:15, 20:17
**ALAVI** [1] - 1:16
**allegations** [1] - 5:2
**allege** [1] - 26:22
**alleged** [1] - 3:21
**allegedly** [2] - 32:3, 33:11
**alleges** [1] - 27:7
**allow** [1] - 17:14
**allowed** [2] - 17:15, 30:5
**almost** [1] - 10:12
**alternative** [1] - 36:2
**amend** [1] - 28:7
**amendment** [2] - 33:4, 34:12
**ANAIPAKOS** [1] - 1:16
**answer** [2] - 6:16, 25:3
**apologize** [2] - 31:11, 39:9
**appeal** [4] - 4:25, 5:4, 5:5, 15:8
**appealed** [1] - 15:7
**appeals** [1] - 12:17
**Appeals** [1] - 31:14
**appear** [1] - 35:21
**APPEARANCES** [1] - 1:11
**applied** [1] - 18:4
**applies** [1] - 35:7
**apply** [1] - 35:20
**appointed** [3] - 10:21, 22:15
**appropriate** [2] - 13:19, 13:25, 14:1
**arbitrator** [1] - 15:7
**area** [1] - 32:20
**Area** [1] - 32:23
**argued** [1] - 32:14
**argument** [3] - 22:1, 36:1, 37:19
**asserted** [1] - 14:13
**assigned** [1] - 37:9
**assisted** [1] - 2:9
**associated** [2] - 11:12, 12:20
**assume** [1] - 7:19
**assuming** [1] - 7:21
**assumption** [1] - 11:18
**attacks** [1] - 38:17
**attempted** [1] - 22:11
**attend** [1] - 22:13
**attorney** [4] - 14:4, 14:6, 14:9, 14:14
**attorney-client** [3] - 14:6, 14:9, 14:14
**authority** [2] - 13:22, 15:5

**aware** [4] - 9:21, 12:4, 23:3, 30:20
**backfill** [1] - 19:16
**bad** [3] - 19:12, 21:10, 36:22
**bankrupt** [1] - 14:25
**Barientos'** [1] - 24:3
**Barrientes** [17] - 3:4, 5:3, 5:17, 5:19, 7:23, 7:24, 15:6, 16:12, 18:10, 20:6, 25:8, 26:22, 27:7, 28:9, 28:16, 31:21, 34:22
**based** [2] - 26:4, 34:15
**basement** [1] - 4:14
**basis** [4] - 13:10, 33:21, 33:23, 34:11
**become** [2] - 5:20, 26:4
**BEFORE** [1] - 1:9
**belief** [1] - 28:24
**believes** [1] - 11:14
**Bellaire** [1] - 32:25
**below** [1] - 8:10
**bench** [1] - 36:24
**benefit** [1] - 22:25
**best** [2] - 33:25, 37:4
**better** [3] - 6:17, 8:8, 31:1
**beyond** [1] - 13:4
**bigger** [1] - 22:2
**billings** [2] - 4:2, 14:12
**blacks** [1] - 26:6
**Blvd** [1] - 2:2
**boats** [1] - 39:18
**body** [2] - 15:14, 16:3
**book** [1] - 25:18
**Boston** [2] - 8:23
**Box** [1] - 1:22
**branches** [1] - 27:24
**break** [1] - 24:8
**breaks** [1] - 23:22
**brief** [2] - 36:4, 36:20
**briefed** [1] - 23:21
**briefs** [1] - 24:25
**bring** [3] - 7:2, 28:18, 33:18
**broader** [1] - 35:6
**broke** [3] - 7:4, 7:10, 7:13
**brought** [5] - 15:16, 26:11, 26:15, 28:19, 34:23
**buildings** [1] - 11:6
**burn** [1] - 19:12
**burning** [1] - 11:6
**business** [2] - 3:25, 14:20
**but..** [1] - 15:1
**cannot** [1] - 15:8
**capacity** [1] - 18:13
**captain** [6] - 8:6, 8:8, 8:15, 11:7, 27:15
**Captain** [1] - 15:6
**car** [1] - 29:15
**care** [1] - 9:6
**case** [10] - 3:22, 13:14, 14:11, 16:24, 21:17, 29:12, 35:7, 35:14, 37:8, 37:16
**cases** [7] - 22:7, 29:13, 31:6, 33:17, 33:20, 33:25, 35:8
**caught** [1] - 6:3
**cellphone** [4] - 27:8, 27:11, 27:12, 27:18
**central** [1] - 37:6

certainly [2] - 15:15, 36:7
CERTIFICATE [1] - 40:1
certify [1] - 40:3
challenged [1] - 12:15
change [1] - 23:20
changed [2] - 8:24, 37:3
changes [2] - 16:7, 28:8
changing [1] - 24:25
charity [1] - 32:22
chauffeur [2] - 8:16, 8:17
chauffeurs [1] - 8:14
check [1] - 29:21
Chief [2] - 5:16, 18:11
chief [14] - 3:6, 3:8, 3:13, 5:21, 8:4,
8:9, 8:10, 11:13, 13:23, 14:5, 15:5,
15:9, 16:8, 18:18
choose [2] - 17:13, 33:18
Circuit [1] - 31:14
citations [1] - 36:5
cite [1] - 33:16
citing [1] - 35:15
city [10] - 4:4, 6:2, 10:10, 13:3, 21:12,
22:19, 25:6, 28:3, 28:10, 30:21
CITY [1] - 1:6
City [6] - 1:21, 3:2, 20:24, 26:10,
26:17, 26:18
city's [1] - 32:7
civil [2] - 4:5, 36:25
Civil [1] - 1:22
claim [4] - 12:16, 21:21, 28:18, 34:21
claims [3] - 24:10, 31:20, 33:6
clarify [4] - 13:9, 23:5, 26:14, 39:2
clean [1] - 29:11
clear [2] - 24:22, 39:10
clerks' [1] - 24:25
client [4] - 14:6, 14:9, 14:14, 16:20
closest [1] - 20:21
clowns [1] - 18:22
co [5] - 7:4, 12:7, 31:7, 31:8, 31:9
co-defendant [3] - 31:7, 31:8, 31:9
co-workers [2] - 7:4, 12:7
Cochran [1] - 37:5
code [2] - 10:16, 12:19
Code [2] - 33:6, 33:19
colleague [1] - 36:23
colleagues [1] - 36:17
colloquially [1] - 35:2
comfortable [1] - 7:21
commission [7] - 8:23, 8:24, 10:19,
13:7, 22:21, 22:22
committed [1] - 28:4
common [1] - 25:18
communication [1] - 14:6
communications [1] - 4:1
comp [1] - 21:21
Comp [6] - 12:16, 12:18, 12:20, 21:17,
21:18, 21:25
company [5] - 6:21, 21:19, 22:4, 26:7,
26:13
Company [1] - 14:11
compensation [4] - 12:13, 12:14,
21:20, 22:4

complaint [11] - 4:9, 4:13, 4:19, 11:13,
20:25, 21:7, 21:14, 28:7, 29:13, 29:18,
33:11
complete [1] - 10:16
completed [1] - 22:15
completely [3] - 9:1, 29:16, 37:8
complicated [1] - 19:6
computer [29] - 2:9, 6:21, 6:25, 7:4,
7:12, 7:18, 7:24, 9:24, 9:25, 17:2, 17:6,
23:13, 24:4, 24:8, 25:25, 26:9, 26:10,
26:11, 26:13, 26:15, 26:22, 27:1, 27:13,
27:15, 27:21, 27:22, 28:25, 29:10
computer-assisted [1] - 2:9
computers [1] - 26:8
concern [1] - 5:12
concerned [1] - 24:20
condition [2] - 10:14, 21:14
conditions [1] - 12:4
conduct [1] - 29:2
CONFERENCE [1] - 1:7
confirmed [1] - 30:24
conflict [1] - 18:21
connected [2] - 15:1, 21:15
consent [5] - 30:19, 30:25, 31:10,
31:15, 35:25
consented [1] - 31:8
consequences [2] - 5:18, 6:7
conspiracy [1] - 37:11
contacted [1] - 30:24
contents [1] - 24:23
context [1] - 15:23
continued [1] - 23:17
contract [1] - 14:18
contraptions [1] - 39:18
control [1] - 31:22
conversation [1] - 18:17
copy [2] - 9:5, 26:12
correct [7] - 4:6, 12:8, 17:5, 19:11,
23:2, 30:1, 40:4
correspondence [1] - 15:4
counsel [2] - 14:23, 14:24
couple [3] - 33:25, 36:5, 37:22
course [4] - 4:21, 25:23, 30:14, 32:12
Court [5] - 2:5, 31:14, 34:10, 34:12,
34:13
court [3] - 29:8, 30:6, 36:24
COURT [144] - 1:1, 3:5, 3:9, 3:14, 3:17,
3:23, 4:3, 4:8, 4:12, 4:17, 4:21, 4:25,
5:5, 5:7, 5:22, 5:25, 6:12, 6:16, 6:20,
6:23, 7:1, 7:6, 7:9, 7:13, 7:19, 7:21, 8:2,
8:8, 8:16, 8:21, 9:4, 9:9, 9:13, 9:16,
9:23, 10:4, 10:7, 10:13, 10:23, 11:3,
11:5, 11:17, 11:22, 12:6, 12:9, 12:22,
12:25, 13:5, 13:11, 13:14, 13:24, 14:8,
15:12, 16:1, 16:4, 16:9, 16:14, 16:17,
16:24, 17:3, 17:6, 17:9, 17:15, 17:23,
18:3, 18:14, 18:19, 19:4, 19:10, 19:12,
19:23, 20:12, 20:19, 20:24, 21:4, 21:8,
21:25, 22:19, 22:22, 22:24, 23:6, 23:20,
24:11, 24:14, 24:16, 24:18, 24:22,
25:14, 26:12, 26:19, 27:2, 27:5, 27:17,
27:21, 27:24, 28:1, 28:3, 28:11, 28:13,

28:19, 28:21, 29:5, 29:10, 29:13, 29:21,
29:25, 30:8, 30:10, 30:16, 30:21, 31:1,
31:13, 32:7, 32:12, 32:15, 32:19, 32:22,
33:8, 33:14, 33:22, 33:25, 34:16, 34:25,
35:4, 35:9, 35:17, 35:20, 36:3, 36:8,
36:11, 36:15, 37:4, 37:18, 38:3, 38:6,
38:13, 38:16, 38:24, 39:6, 39:11, 39:16,
39:22, 39:24, 40:1
cover [1] - 38:21
coverage [1] - 12:23
crazy [1] - 37:17
create [1] - 14:9
cross [1] - 20:6
CRR [2] - 2:6, 40:7
damage [1] - 32:6
damages [2] - 31:23, 31:24
Dan [1] - 37:5
days [2] - 17:11, 38:10
deadline [2] - 38:4, 39:6
defeating [1] - 33:7
defendant [3] - 31:7, 31:8, 31:9
DEFENDANTS [1] - 1:20
defendants [1] - 30:18
defenses [1] - 29:9
define [1] - 14:1
Deidra [2] - 1:21, 3:1
delve [1] - 7:22
demand [2] - 34:6, 34:8
demoted [1] - 15:5
denial [1] - 21:6
denied [1] - 37:22
denying [1] - 37:23
Department [9] - 1:21, 5:13, 8:3, 8:22,
9:18, 9:21, 17:13, 31:25
department [2] - 4:16, 22:16
depict [1] - 32:11
deposable [2] - 30:10, 30:12
depose [1] - 30:8
deposed [1] - 30:7
deposition [2] - 25:9, 31:18
describes [1] - 33:10, 33:12
desk [2] - 18:9, 25:16
determine [1] - 22:11
determined [2] - 20:12, 34:11
diagnosis [1] - 11:2
die [2] - 13:14, 13:17
different [3] - 7:14, 13:15, 29:16
dirty [1] - 25:15
disability [2] - 12:22, 13:2
discipline [2] - 13:22, 15:5
discommoded [1] - 32:8
disconnects [1] - 37:8
discovery [3] - 25:6, 29:4, 30:6
discretion [1] - 34:13
discrimination [7] - 3:10, 3:21, 21:20,
23:7, 32:9, 33:12, 34:18
distinguishing [1] - 13:18
DISTRICT [3] - 1:1, 1:1, 1:9
District [1] - 31:6
district [7] - 3:8, 5:20, 15:9, 20:16,
20:17, 36:25, 37:12
disturb [1] - 25:20

**diversity** [1] - 34:4
**DIVISION** [1] - 1:2
**docket** [1] - 37:6
**docketed** [1] - 38:9
**doctor** [6] - 10:16, 10:17, 10:21, 22:15, 22:20
**doctors** [1] - 10:24
**document** [1] - 35:14
**dollars** [1] - 6:1
**Don** [1] - 37:5
**donated** [2] - 12:3, 12:5
**done** [3] - 37:22, 38:7, 38:8
**down** [7] - 4:13, 13:17, 16:11, 19:13, 21:18, 22:2, 24:25
**downtime** [1] - 7:3
**draw** [1] - 36:19
**dresses** [1] - 36:17
**drew** [1] - 25:15
**drove** [2] - 8:18, 8:19
**during** [3] - 11:20, 25:8, 37:18
**duties** [2] - 10:18, 10:22
**duty** [4] - 4:7, 18:1, 19:22, 20:2
**e-mail** [4] - 27:10, 30:24, 31:12, 31:13
**e-mailed** [1] - 24:4
**economic** [2] - 22:1, 26:2
**eight** [1] - 29:17
**eight-page** [1] - 29:17
**eligible** [2] - 5:20, 20:3
**Elliot** [7] - 3:12, 5:3, 5:16, 18:11, 24:6, 26:22, 27:12
**Elliot's** [1] - 6:20
**elsewhere** [1] - 31:6
**emphasis** [1] - 26:3
**employee** [2] - 9:18, 15:12
**employees** [1] - 13:16
**employer** [1] - 25:2
**employment** [4] - 23:7, 32:5, 32:9, 33:12
**Employment** [2] - 1:22, 26:3
**end** [3] - 8:5, 39:13, 39:14
**engineer** [4] - 8:12, 8:15, 11:10, 15:6
**English** [1] - 16:15
**entire** [2] - 14:19, 22:3
**entitled** [2] - 6:4, 40:5
**Equal** [1] - 26:3
**equal** [1] - 26:3
**equipment** [1] - 11:12
**equivalent** [1] - 4:4
**ergo** [1] - 21:16
**essentially** [1] - 19:5
**et** [1] - 1:6
**evaluations** [1] - 32:4
**eventually** [2] - 12:13, 23:1
**everywhere** [2] - 8:22, 29:23
**evidence** [1] - 21:22
**exact** [1] - 19:8
**example** [2] - 5:18, 25:13
**except** [1] - 23:17
**executive** [1] - 14:23
**exercise** [1] - 34:13
**exhausted** [1] - 12:1
**explain** [1] - 36:21

**extent** [2] - 14:4, 19:15
**fact** [2] - 16:24, 34:18
**failed** [1] - 13:25
**failure** [1] - 37:14
**fair** [1] - 9:11
**fairly** [1] - 36:6
**fairness** [1] - 26:4
**fake** [1] - 13:16
**fall** [1] - 13:17
**family** [1] - 3:25
**far** [6] - 23:2, 24:20, 25:5, 26:16, 34:22, 35:3
**fault** [1] - 22:7
**February** [2] - 10:10, 13:6
**federal** [3] - 33:7, 33:10, 34:17
**female** [1] - 21:22
**few** [2] - 9:5, 21:1
**figure** [2] - 22:17, 29:4
**file** [7] - 12:16, 30:4, 30:19, 31:9, 37:16, 38:12
**filed** [4] - 12:14, 28:7, 30:13, 39:10
**files** [2] - 18:21, 21:17
**filled** [1] - 19:20
**film** [1] - 26:20
**findings** [1] - 13:20, 15:2
**fine** [2] - 32:4, 39:21
**Fire** [8] - 5:13, 8:3, 8:22, 9:17, 9:20, 17:13, 31:25
**fire** [7] - 8:18, 8:19, 13:23, 14:5, 15:4, 19:18, 20:5
**firefighter** [7] - 8:12, 8:15, 10:18, 19:10, 19:23, 19:25, 26:15
**firefighters** [5] - 4:1, 9:23, 11:15, 11:16, 26:16
**fires** [1] - 20:13
**Firm** [1] - 2:1
**FIRM** [1] - 1:13
**first** [5] - 5:9, 21:1, 25:17, 34:22, 39:14
**fit** [1] - 10:22
**fitness** [1] - 4:6
**five** [4] - 9:21, 20:15, 20:17, 37:7
**floating** [1] - 31:25
**FOR** [2] - 1:12, 1:20
**foregoing** [1] - 40:3
**form** [1] - 22:19
**former** [1] - 3:12
**forward** [2] - 24:19, 25:7
**four** [5] - 9:21, 20:5, 20:16, 28:21, 28:22
**free** [1] - 17:11
**Friday** [3] - 37:1, 39:5, 39:6
**friends** [2] - 12:6, 26:1
**function** [1] - 4:4
**gas** [2] - 14:12, 35:22
**General** [4] - 4:9, 5:8, 14:4, 14:9
**general** [2] - 14:23, 14:24
**generally** [1] - 32:21
**gentle** [1] - 14:18
**gestures** [1] - 25:16
**girl** [1] - 23:23
**gist** [1] - 31:16
**Google** [1] - 9:8

**government** [1] - 10:16
**GPS** [1] - 16:10
**grant** [1] - 12:18
**granted** [2] - 12:13, 37:21
**Greater** [1] - 32:23
**grew** [1] - 33:2
**guess** [1] - 9:23
**guy** [1] - 16:11
**hack** [1] - 8:24
**hacked** [1] - 23:13
**half** [2] - 29:16, 36:22
**hall** [1] - 24:25
**halves** [1] - 14:24
**handled** [1] - 14:14
**harasser** [1] - 6:10
**harassing** [1] - 15:15
**harassment** [4] - 6:9, 25:12, 25:13, 25:21
**hard** [2] - 13:17, 19:10
**harm** [1] - 32:5
**harmony** [1] - 25:20
**health** [2] - 12:3, 30:11
**heart** [1] - 38:17
**held** [1] - 14:21
**help** [2] - 16:4, 37:5
**here)** [1] - 29:14
**HFD** [2] - 16:3, 18:24
**highly** [1] - 29:1
**hint** [1] - 10:23
**hints** [1] - 37:14
**hoc** [2] - 21:16
**hold** [1] - 22:11
**home** [4] - 3:25, 17:23, 18:15, 19:9
**honestly** [1] - 35:24
**Honor** [35] - 4:18, 7:16, 9:12, 9:14, 15:19, 17:4, 17:8, 17:12, 18:6, 18:16, 18:23, 19:7, 20:10, 22:10, 23:15, 25:3, 26:21, 27:4, 27:23, 27:25, 28:2, 28:6, 28:12, 29:19, 29:24, 30:13, 30:17, 31:5, 33:13, 33:15, 34:9, 34:20, 35:18, 36:10, 38:23
**HONORABLE** [1] - 1:9
**house** [1] - 19:13
**HOUSTON** [2] - 1:2, 1:6
**Houston** [20] - 1:4, 1:17, 1:21, 1:23, 2:3, 2:7, 11:16, 20:22, 20:25, 21:9, 26:10, 26:17, 26:18, 32:16, 32:18, 32:23, 32:24, 32:25, 33:2
**HUGHES** [1] - 1:9
**Hunter** [2] - 15:20, 15:24
**hurt** [2] - 22:5, 22:9
**husband** [1] - 3:6
**idea** [1] - 21:9
**immediately** [1] - 4:13
**immune** [2] - 21:20, 21:21
**impatient** [1] - 36:16
**impossible** [1] - 11:19
**in-person** [1] - 6:19
**inadequate** [1] - 31:16
**incident** [8] - 3:15, 9:17, 10:5, 10:9, 15:22, 17:16, 17:18, 17:20
**incomplete** [1] - 4:20

**independent** [1] - 31:9
**independently** [1] - 30:19
**indicated** [2] - 10:17, 10:20
**individuals** [1] - 5:11
**infinity** [1] - 28:1
**INITIAL** [1] - 1:7
**injured** [1] - 19:22
**injuries** [1] - 22:7
**injury** [2] - 32:8, 32:11
**Inspector** [4] - 4:9, 5:7, 14:3, 14:9
**instances** [1] - 9:22
**interact** [1] - 18:10
**interactive** [2] - 22:11, 22:14
**interest** [1] - 26:2
**interested** [1] - 23:24
**invasion** [2] - 23:11, 34:18
**investigation** [7] - 3:20, 4:19, 4:20, 4:24, 5:1, 5:4, 15:3
**investigative** [1] - 16:3
**investigator** [2] - 16:9, 16:19
**involve** [1] - 26:6
**involved** [3] - 3:19, 3:21, 14:11
**issue** [9] - 5:15, 6:7, 6:9, 13:22, 22:13, 34:21, 35:15, 35:24, 35:25
**issues** [3] - 5:14, 35:17, 36:12
**Italian** [1] - 16:14
**January** [1] - 37:11
**job** [9] - 8:2, 14:10, 18:9, 21:12, 22:5, 25:22, 26:1, 32:8, 32:11
**jobs** [1] - 18:12
**Johnny** [3] - 2:6, 40:3, 40:7
**join** [1] - 3:9
**joke** [2] - 19:12, 39:3
**jokes** [1] - 26:5
**Jordan** [1] - 1:16
**Joseph** [2] - 2:1, 3:3
**judge** [3] - 35:10, 36:18, 37:8
**JUDGE** [1] - 1:9
**Judge** [1] - 36:18
**judgement** [1] - 37:24
**judges** [3] - 36:25, 37:7, 37:12
**judgment** [4] - 14:2, 30:5, 37:20, 37:23
**judgments** [1] - 37:2
**June** [4] - 39:8, 39:14, 39:16
**jurisdiction** [4] - 33:7, 34:10, 34:11, 34:14
**jurors** [1] - 10:24
**jury** [4] - 36:25, 37:15, 37:16, 37:18
**keep** [2] - 32:22, 36:14
**keeps** [3] - 20:19, 22:2, 22:3
**key** [1] - 23:15
**kind** [3] - 18:13, 25:10, 29:5
**kinds** [2] - 25:7, 25:16
**knowing** [1] - 36:16
**knowledge** [1] - 9:19
**known** [1] - 37:10
**Labor** [3] - 1:22, 33:6, 33:19
**laid** [1] - 21:18
**landing** [1] - 39:16
**lapses** [1] - 29:16
**laptop** [2] - 26:24, 27:20
**large** [1] - 20:22
**last** [3] - 9:21, 12:17, 34:6
**late** [1] - 12:17
**Laura** [2] - 15:20, 15:24
**Law** [2] - 2:1, 9:2
**law** [4] - 6:3, 24:24, 35:11, 35:16
**LAW** [1] - 1:13
**lawyer** [8] - 14:10, 14:15, 14:19, 21:19, 34:6, 35:10, 36:16, 37:21
**lawyers** [2] - 21:23, 38:18
**layoff** [1] - 21:22
**layoffs** [1] - 21:21
**learn** [1] - 35:11
**least** [2] - 18:7, 29:1
**leave** [11] - 10:11, 11:9, 12:1, 12:2, 12:3, 12:5, 13:2, 18:24, 21:3, 28:7, 33:16
**leaves** [2] - 9:13, 13:3
**left** [1] - 25:15
**legal** [1] - 4:16
**Legal** [1] - 1:21
**letters** [3] - 23:9, 23:24, 23:25
**level** [3] - 8:12, 25:17, 25:19
**liable** [1] - 28:3
**likelihood** [1] - 20:6
**likely** [1] - 29:1
**limousine** [1] - 8:17
**line** [3] - 19:4, 31:7, 36:19
**list** [1] - 15:11
**live** [1] - 33:1
**livery** [1] - 8:24
**living** [2] - 32:16, 32:17
**local** [1] - 10:16
**look** [2] - 25:14, 31:17
**looked** [2] - 12:21, 35:13
**looking** [1] - 26:1
**lose** [2] - 17:6, 34:10
**love** [1] - 23:9
**Lyn** [1] - 1:16
**LYNN** [1] - 1:9
**ma'am** [1] - 6:16
**mail** [5] - 26:1, 27:10, 30:24, 31:12, 31:13
**mailed** [1] - 24:4
**main** [3] - 6:7, 21:6, 34:21
**maintain** [1] - 14:24
**maintaining** [1] - 11:8
**major** [1] - 5:12
**majority** [1] - 37:11
**male** [1] - 9:23
**malefactors** [1] - 18:4
**management** [1] - 13:16
**managers** [1] - 25:17
**marvelous** [1] - 36:23
**match** [1] - 29:12
**maternity** [1] - 13:3
**matter** [2] - 16:25, 40:5
**McKinney** [1] - 1:17
**mean** [10] - 8:17, 8:18, 14:8, 17:18, 18:8, 18:22, 23:12, 32:19, 34:2, 39:14
**meaning** [1] - 19:16
**meaningless** [1] - 9:1
**means** [2] - 12:6, 16:10
**meant** [2] - 19:3, 33:9
**meantime** [1] - 31:17
**meat** [1] - 8:24
**mechanical** [1] - 2:9
**medical** [4] - 10:13, 10:17, 20:1, 22:14
**medically** [2] - 10:9, 13:7
**meet** [1] - 18:24
**meeting** [3] - 22:11, 22:13, 22:14
**meetings** [1] - 18:17
**MELINDA** [1] - 1:4
**member** [4] - 15:24, 16:1, 16:3, 16:6
**memo** [1] - 29:7
**men** [1] - 26:6
**MENSING** [1] - 1:16
**mention** [2] - 24:2, 33:11
**mentioned** [1] - 24:5
**Metropolitan** [2] - 32:23, 32:24
**mid** [1] - 25:17
**mid-level** [1] - 25:17
**middle** [1] - 36:19
**might** [2] - 6:9, 11:17
**millions** [1] - 6:1
**mind** [2] - 8:21, 11:18
**minimum** [1] - 19:18
**miscommunications** [1] - 23:4
**Monday** [5] - 28:6, 30:13, 35:14, 38:10, 38:16
**money** [1] - 36:9
**Montana** [1] - 35:22
**month** [1] - 35:10
**morale** [1] - 22:3
**most** [6] - 9:23, 21:23, 22:7, 32:24, 37:1
**motion** [10] - 28:7, 30:4, 30:14, 33:16, 34:15, 35:16, 35:25, 37:20, 38:9
**MR** [10] - 3:3, 17:19, 24:2, 24:12, 24:15, 27:9, 39:1, 39:8, 39:13, 39:21
**MS** [153] - 3:1, 3:7, 3:8, 3:11, 3:16, 3:18, 3:24, 4:6, 4:11, 4:15, 4:18, 4:23, 5:1, 5:6, 5:9, 5:24, 6:6, 6:14, 6:18, 6:22, 6:24, 7:2, 7:7, 7:11, 7:16, 7:20, 8:1, 8:4, 8:6, 8:7, 8:10, 8:11, 8:14, 8:19, 9:3, 9:7, 9:11, 9:14, 9:19, 10:3, 10:6, 10:8, 10:15, 11:1, 11:4, 11:7, 11:21, 11:24, 12:8, 12:12, 12:24, 13:1, 13:6, 13:9, 13:12, 13:21, 14:3, 15:2, 15:19, 15:24, 16:2, 16:6, 16:13, 16:16, 16:22, 17:2, 17:4, 17:8, 17:12, 17:17, 17:25, 18:6, 18:16, 18:23, 19:7, 19:8, 19:11, 19:14, 19:24, 20:10, 20:15, 20:21, 21:1, 21:5, 21:24, 22:10, 22:21, 22:23, 23:1, 23:15, 24:17, 24:20, 25:3, 25:10, 25:12, 26:9, 26:14, 26:21, 26:25, 27:4, 27:6, 27:14, 27:19, 27:23, 27:25, 28:2, 28:6, 28:12, 28:15, 28:20, 28:24, 29:8, 29:11, 29:19, 29:24, 30:4, 30:9, 30:12, 30:17, 30:23, 31:3, 31:5, 31:11, 32:2, 32:10, 32:14, 32:17, 32:20, 33:5, 33:13, 33:15, 33:24, 34:9, 34:20, 35:1, 35:5, 35:13, 35:18, 35:23, 36:6, 36:10, 36:13, 37:3, 37:17, 38:2, 38:5, 38:8, 38:11, 38:15, 38:22, 39:7, 39:9, 39:23

**municipality** [1] - 33:1
**must** [2] - 15:15, 16:10
**name** [4] - 16:5, 16:12, 29:14, 29:22
**names** [1] - 24:25
**Nasim** [1] - 1:12
**nature** [1] - 23:21
**nearest** [1] - 20:21
**necessary** [2] - 21:13, 21:14
**need** [7] - 6:3, 12:11, 16:11, 18:10, 29:2, 30:19, 37:15
**needed** [1] - 23:3
**needs** [1] - 31:9
**never** [11] - 5:25, 17:17, 18:1, 18:5, 22:15, 24:3, 24:10, 25:4, 32:14, 33:11, 37:23
**next** [3] - 33:2, 39:4, 39:15
**nobody** [2] - 25:15, 25:22
**nonconflicting** [1] - 19:5
**none** [1] - 12:24
**normally** [1] - 31:19
**Normandy** [1] - 39:17
**Norris** [1] - 1:21
**north** [1] - 20:7
**nosy** [1] - 23:11
**note** [1] - 30:13
**notes** [2] - 24:18, 29:6
**nothing** [4] - 16:10, 18:13, 23:17, 32:4
**notice** [2] - 31:4, 31:9
**novel** [2] - 35:15, 35:17
**number** [4] - 12:17, 22:6, 34:5, 36:1
**Oak** [1] - 2:2
**objection** [1] - 33:4
**obviously** [1] - 29:2
**occasionally** [1] - 29:12
**occurred** [2] - 11:9, 17:21
**OF** [2] - 1:1, 1:6
**off-duty** [1] - 18:1
**offense** [1] - 26:5
**Office** [2] - 4:9, 14:3
**office** [2] - 23:23, 27:16
**official** [1] - 15:14
**OIG** [3] - 13:19, 13:21, 15:2
**oil** [2] - 14:12, 35:21
**old** [6] - 8:22, 13:15, 14:11, 23:9, 37:6, 37:15
**on-the-job-injury** [1] - 32:11
**once** [5] - 3:20, 12:1, 12:9, 17:18, 35:10
**one** [29] - 3:14, 5:14, 6:9, 6:17, 7:3, 8:12, 11:5, 14:13, 15:12, 15:16, 15:21, 16:22, 19:4, 19:13, 21:2, 21:5, 21:6, 24:9, 25:19, 28:8, 31:7, 31:19, 33:9, 34:2, 34:20, 34:22, 34:23, 35:12, 36:1
**ones** [1] - 20:7
**ongoing** [1] - 18:17
**opened** [3] - 7:14, 23:13, 27:11
**opening** [1] - 37:19
**operating** [1] - 11:11
**operation** [3] - 14:19, 22:8, 25:21
**operator** [4] - 8:12, 8:15, 11:10, 15:7
**opportunity** [2] - 26:4, 38:11
**opposed** [3] - 7:14, 21:10, 34:18

**option** [1] - 21:3
**order** [1] - 22:17
**original** [5] - 27:17, 27:19, 27:20, 29:22, 31:12
**otherwise** [2] - 21:16, 23:23
**ought** [1] - 25:19
**outside** [2] - 11:11, 32:17
**overlap** [1] - 19:1
**overtime** [1] - 19:16
**own** [3] - 12:3, 26:23, 29:17
**P.C** [1] - 1:16
**p.m** [2] - 1:5, 39:25
**P.O** [1] - 1:22
**page** [3] - 29:15, 29:17, 36:21
**Page** [1] - 36:19
**paid** [2] - 11:20, 21:3
**paragraph** [2] - 18:3, 19:3
**paragraphs** [1] - 36:14
**parasite** [1] - 33:1
**pardon** [2] - 5:6, 38:5
**part** [6] - 4:19, 15:20, 18:6, 18:7, 29:3, 31:12
**partially** [1] - 20:12
**particular** [1] - 15:2
**party** [1] - 12:14
**passed** [1] - 35:1
**past** [1] - 14:12
**paths** [1] - 20:6
**pay** [4] - 12:20, 19:16, 19:17, 22:4
**people** [21] - 5:2, 6:15, 10:1, 11:5, 15:16, 15:21, 16:20, 16:25, 18:22, 18:24, 19:21, 22:5, 22:8, 23:16, 28:13, 28:22, 29:1, 31:22, 32:25, 33:2, 36:17
**perfectly** [1] - 22:4
**perform** [2] - 10:18, 10:22
**permit** [1] - 34:12
**permitted** [1] - 33:18
**person** [8] - 6:10, 6:19, 7:11, 14:10, 14:14, 15:18, 16:22, 28:18
**personal** [8] - 6:21, 6:25, 11:18, 23:8, 26:11, 26:23, 27:20, 35:21
**personnel** [1] - 5:22
**persuaded** [1] - 37:11
**petition** [1] - 29:20
**Phillips** [1] - 37:5
**picks** [1] - 8:17
**picture** [1] - 24:7
**pictures** [7] - 3:15, 5:12, 6:15, 6:24, 7:5, 9:24, 9:25, 11:14, 24:9, 24:10, 25:15
**piece** [1] - 25:20
**Pipeline** [2] - 14:11, 14:22
**place** [1] - 25:7
**PLAINTIFF** [1] - 1:12
**plaintiff** [1] - 3:23
**plaintiff's** [1] - 29:14
**plaintiffs** [2] - 33:18, 34:1
**plead** [2] - 33:9, 34:2
**PLLC** [1] - 2:1
**point** [5] - 5:17, 9:11, 9:15, 21:8, 34:14
**policies** [1] - 5:23

**porn** [2] - 35:3, 35:5
**position** [9] - 4:16, 7:17, 18:7, 19:15, 19:16, 21:2, 24:3, 27:14, 32:7
**positions** [1] - 19:19
**possible** [1] - 19:2
**Post** [1] - 2:2
**post** [1] - 21:16
**practicing** [1] - 8:23
**pre** [3] - 25:6, 25:8, 30:5
**pre-discovery** [1] - 25:6
**pre-suit** [2] - 25:8, 30:5
**preparation** [1] - 37:9
**prepare** [1] - 37:15
**president** [1] - 14:23
**Prime** [2] - 14:11, 14:22
**principle** [1] - 21:22
**privacy** [2] - 23:11, 34:19
**privilege** [3] - 14:10, 14:14, 14:25
**probation** [1] - 32:6
**problem** [10] - 21:12, 22:2, 25:1, 29:5, 31:13, 31:22, 31:23, 34:16, 36:12, 37:24
**proceedings** [1] - 40:4
**Proceedings** [1] - 2:9
**process** [5] - 4:4, 10:15, 20:1, 25:6, 25:10
**processes** [1] - 21:10
**produced** [2] - 2:9, 25:24
**promote** [2] - 5:19, 15:8
**promoted** [2] - 8:4, 32:3
**promotes** [1] - 31:19
**promotion** [1] - 11:9
**properties** [1] - 35:22
**property** [1] - 35:21
**proposing** [1] - 12:25
**proposition** [1] - 36:5
**propositions** [1] - 7:15
**propter** [1] - 21:16
**protected** [1] - 14:6
**proud** [1] - 15:13
**prove** [1] - 21:15
**provided** [1] - 15:4
**providing** [1] - 20:2
**provision** [1] - 12:2
**prurient** [1] - 26:2
**PTSD** [1] - 11:1
**public** [1] - 15:3
**pumps** [1] - 11:11
**punish** [1] - 21:9
**punished** [1] - 20:25
**purchased** [1] - 26:17
**purloining** [1] - 23:25
**purpose** [1] - 33:7
**put** [8] - 4:12, 7:12, 9:24, 9:25, 31:3, 37:10, 39:17, 39:19
**putting** [1] - 14:10
**quadrant** [1] - 20:9
**questioning** [1] - 14:18
**questionnaire** [2] - 10:17, 22:15
**questions** [1] - 6:16
**quote** [2] - 13:24, 16:7
**raised** [1] - 29:9

**raises** [1] - 33:6
**rank** [1] - 15:6
**ranks** [2] - 8:10, 15:6
**rates** [2] - 22:2, 22:6
**read** [5] - 23:21, 29:17, 29:20, 33:23, 37:19
**reading** [1] - 36:20
**reads** [1] - 23:25
**real** [4] - 4:10, 4:15, 17:11, 37:6
**really** [4] - 8:22, 13:15, 22:5, 23:13
**reason** [5] - 11:25, 18:7, 23:10, 39:3
**reasonable** [1] - 11:17
**reasons** [2] - 21:1, 34:23
**receipt** [2] - 14:16, 14:17
**receipts** [1] - 14:12
**recently** [1] - 9:20
**Recessed** [1] - 39:25
**recognize** [1] - 34:10
**recommendation** [1] - 14:5
**record** [1] - 40:4
**recorded** [1] - 2:9
**records** [1] - 12:21
**recoupment** [1] - 35:20
**red** [1] - 36:19
**references** [1] - 24:9
**referring** [2] - 8:20, 32:23
**reflect** [2] - 22:6, 32:4
**related** [2] - 24:23, 25:17
**release** [3] - 22:16, 22:24, 23:2
**releases** [1] - 23:9
**remand** [6] - 30:14, 33:16, 33:22, 34:15, 35:16, 38:9
**remanded** [1] - 33:20
**removal** [6] - 30:25, 31:4, 31:7, 31:14, 34:12, 35:25
**removed** [3] - 30:21, 33:5, 34:3
**replace** [1] - 29:22
**reply** [1] - 38:6
**report** [5] - 10:20, 24:14, 25:4, 25:12, 25:19
**reported** [3] - 3:20, 18:1, 24:13
**Reporter** [1] - 2:5
**REPORTER'S** [1] - 40:1
**reports** [1] - 25:7
**representing** [1] - 3:3
**republication** [1] - 24:11
**republish** [1] - 31:22
**request** [3] - 13:16, 19:14, 21:11
**requested** [1] - 12:5
**requesting** [1] - 18:17
**requirements** [1] - 19:18
**response** [4] - 5:16, 30:2, 38:4, 38:12
**responsibility** [1] - 34:1
**responsible** [3] - 11:8, 11:10, 31:24
**rest** [1] - 28:11
**retaliation** [1] - 22:1
**retire** [1] - 13:5
**retired** [3] - 5:16, 10:5, 10:6
**returned** [2] - 13:8, 17:17
**revenge** [2] - 35:2, 35:5
**reversed** [1] - 37:23
**Review** [1] - 9:2

**Rights** [1] - 1:22
**RMR** [2] - 2:6, 40:7
**road** [1] - 21:18
**role** [3] - 6:20, 15:10, 19:17
**rooms** [1] - 31:25
**roughly** [1] - 10:7
**RPR** [1] - 2:6
**rule** [3] - 16:17, 30:18, 39:12
**rules** [1] - 21:10
**run** [5] - 11:6, 14:4, 22:8, 25:22, 35:11
**runoff** [1] - 38:19
**Rusk** [1] - 2:6
**salary** [1] - 19:17
**Sanchez** [3] - 2:6, 40:3, 40:7
**Saturday** [1] - 39:4
**save** [1] - 36:8
**saw** [6] - 18:1, 18:11, 23:16, 24:5, 29:1, 29:4
**Sawdust** [1] - 1:13
**scene** [1] - 11:8
**schedule** [2] - 18:20, 22:14
**scheduled** [2] - 18:21, 39:3
**schedules** [2] - 18:3, 19:5
**scope** [1] - 32:13
**search** [3] - 9:4, 9:7, 9:10
**second** [5] - 5:15, 19:14, 22:13, 36:1, 37:1
**section** [1] - 36:13
**see** [7] - 18:24, 22:16, 22:25, 24:6, 25:23, 35:3, 35:25
**selection** [1] - 37:18
**self** [1] - 25:24
**self-produced** [1] - 25:24
**semi** [1] - 26:4
**semi-fairness** [1] - 26:4
**send** [2] - 12:7, 23:18
**Senior** [1] - 17:1
**sense** [2] - 25:18, 26:24
**sent** [8] - 5:13, 10:20, 15:16, 22:19, 22:25, 27:9, 28:17, 31:21
**separate** [2] - 6:10, 26:23
**separated** [2] - 10:9, 13:7
**serious** [2] - 12:3, 39:2
**serve** [2] - 10:24, 19:17
**served** [1] - 30:22
**service** [1] - 4:5
**services** [6] - 15:20, 15:25, 16:1, 16:2, 16:3, 16:7
**set** [1] - 26:11
**several** [2] - 20:4, 20:5
**severe** [1] - 32:6
**sex** [2] - 25:23, 25:24
**sexual** [6] - 6:9, 25:12, 25:13, 25:21, 26:2, 34:18
**shared** [2] - 9:5, 9:18
**sharing** [1] - 26:7
**shifts** [1] - 20:5
**shore** [1] - 39:19
**short** [3] - 12:22, 13:2, 36:14
**short-term** [2] - 12:22, 13:2
**shortly** [1] - 15:22
**showed** [2] - 27:12

**shows** [1] - 24:7
**sick** [3] - 11:25, 12:1, 18:15
**side** [2] - 20:7, 20:8
**sideways** [1] - 24:19
**sign** [1] - 13:16
**signed** [1] - 22:16
**simply** [4] - 7:24, 23:7, 31:16, 34:1
**sit** [1] - 3:5
**situation** [1] - 7:17
**skeletal** [1] - 36:7
**sloppy** [1] - 22:8
**slot** [1] - 4:12
**so-to-speak** [1] - 23:22
**sole** [1] - 15:5
**solely** [1] - 33:6
**Solis** [1] - 3:3
**Soliz** [3] - 2:1, 2:1, 30:24
**SOLIZ** [10] - 3:3, 17:19, 24:2, 24:12, 24:15, 27:9, 39:1, 39:8, 39:13, 39:21
**solution** [1] - 6:9
**someone** [7] - 7:3, 8:18, 12:10, 26:10, 27:9, 28:16, 28:17
**someplace** [1] - 20:13
**sometimes** [3] - 4:12, 34:4, 37:18
**Sondock** [1] - 36:18
**soon** [1] - 17:25
**sorry** [4] - 8:7, 11:4, 21:24, 28:12
**sort** [5] - 18:9, 21:3, 22:5, 25:6, 30:19
**Sortino** [5] - 5:3, 5:17, 16:13, 17:7, 20:7
**sounds** [1] - 32:15
**source** [5] - 24:5, 26:19, 27:10, 27:17, 27:20
**South** [1] - 16:15
**south** [2] - 20:8, 20:23
**SOUTHERN** [1] - 1:1
**Southern** [1] - 31:6
**spell** [1] - 29:21
**spreads** [1] - 23:24
**St** [1] - 1:17
**staff** [8] - 15:20, 15:25, 16:2, 19:15, 19:19, 19:22, 21:17, 24:24
**staffing** [1] - 4:2, 19:18
**standard** [1] - 34:16
**start** [1] - 15:9
**started** [1] - 36:15
**starts** [1] - 24:24
**state** [5] - 29:8, 30:6, 35:16, 36:5, 36:24
**statement** [1] - 15:14
**STATES** [2] - 1:1, 1:9
**station** [6] - 7:3, 7:12, 16:10, 19:25, 26:10, 26:16
**stationed** [1] - 27:15
**stations** [2] - 20:5, 20:17
**statute** [4] - 34:23, 34:25, 35:3, 35:5
**stay** [1] - 20:8
**stealing** [1] - 24:24
**steel** [1] - 39:17
**stenography** [1] - 2:9
**still** [9] - 5:19, 6:14, 20:19, 21:15, 22:20, 31:23, 32:3, 32:4, 32:16

**stole** [1] - 36:4
**stopped** [1] - 36:20
**store** [1] - 14:16
**straight** [1] - 39:20
**strange** [2] - 10:1, 39:17
**strictly** [1] - 13:23
**stuff** [4] - 3:17, 6:21, 23:8, 29:6
**substitute** [1] - 30:1
**success** [1] - 37:14
**sudden** [1] - 12:11
**sue** [1] - 21:19
**sufficient** [2] - 21:15, 31:8
**suit** [2] - 25:8, 30:5
**Suite** [3] - 1:13, 1:17, 2:2
**SULLIVAN** [60] - 3:1, 3:8, 4:6, 4:11, 4:15, 8:6, 8:10, 8:14, 8:19, 9:19, 10:3, 10:6, 10:8, 10:15, 11:1, 11:4, 11:7, 11:21, 11:24, 12:8, 12:12, 12:24, 13:1, 13:6, 13:12, 13:21, 14:3, 15:2, 15:24, 16:2, 16:6, 17:17, 17:25, 19:8, 19:11, 19:14, 19:24, 20:15, 20:21, 21:24, 22:10, 22:21, 22:23, 24:20, 25:10, 26:9, 26:25, 29:8, 29:11, 30:4, 30:9, 31:3, 31:11, 32:2, 32:14, 33:5, 38:11, 38:15, 38:22, 39:23
**Sullivan** [2] - 1:21, 3:1
**summary** [5] - 30:5, 37:2, 37:20, 37:23, 37:24
**supervisor** [4] - 24:6, 24:12, 24:13, 24:16
**supervisors** [1] - 23:18
**supervisory** [1] - 15:10
**supplemental** [1] - 34:14
**suspension** [1] - 17:10
**sustain** [1] - 5:2
**sustained** [2] - 15:7, 15:8
**sweet** [1] - 14:18
**switch** [1] - 33:20
**system** [2] - 37:13, 37:15
**talks** [1] - 29:15
**tapes** [1] - 25:24
**taxi** [1] - 8:23
**technically** [1] - 29:25
**ten** [2] - 28:25, 31:24
**tenure** [1] - 8:5
**term** [2] - 12:22, 13:2
**terms** [5] - 11:24, 12:15, 15:3, 18:2, 20:1
**test** [2] - 5:20, 15:10
**TEXAS** [1] - 1:1
**Texas** [12] - 1:4, 1:14, 1:17, 1:23, 2:7, 10:16, 16:15, 33:6, 33:19, 34:17, 35:2, 35:4
**text** [1] - 36:4
**THE** [147] - 1:6, 1:9, 1:12, 1:13, 1:20, 3:5, 3:9, 3:14, 3:17, 3:23, 4:3, 4:8, 4:12, 4:17, 4:21, 4:25, 5:5, 5:7, 5:22, 5:25, 6:12, 6:16, 6:20, 6:23, 7:1, 7:6, 7:9, 7:13, 7:19, 7:21, 8:2, 8:8, 8:16, 8:21, 9:4, 9:9, 9:13, 9:16, 9:23, 10:4, 10:7, 10:13, 10:23, 11:3, 11:5, 11:17, 11:22, 12:6, 12:9, 12:22, 12:25, 13:5, 13:11,

13:14, 13:24, 14:8, 15:12, 16:1, 16:4, 16:9, 16:14, 16:17, 16:24, 17:3, 17:6, 17:9, 17:15, 17:23, 18:3, 18:14, 18:19, 19:4, 19:10, 19:12, 19:23, 20:12, 20:19, 20:24, 21:4, 21:8, 21:25, 22:19, 22:22, 22:24, 23:6, 23:20, 24:11, 24:14, 24:16, 24:18, 24:22, 25:14, 26:12, 26:19, 27:2, 27:5, 27:17, 27:21, 27:24, 28:1, 28:3, 28:11, 28:13, 28:19, 28:21, 29:5, 29:10, 29:13, 29:21, 29:25, 30:8, 30:10, 30:16, 30:21, 31:1, 31:13, 32:7, 32:12, 32:15, 32:19, 32:22, 33:8, 33:14, 33:22, 33:25, 34:16, 34:25, 35:4, 35:9, 35:17, 35:20, 36:3, 36:8, 36:11, 36:15, 37:4, 37:18, 38:3, 38:6, 38:13, 38:16, 38:24, 39:6, 39:11, 39:16, 39:22, 39:24
**themselves** [1] - 16:18
**third** [1] - 12:14
**third-party** [1] - 12:14
**Thompson's** [1] - 29:15
**three** [3] - 5:2, 5:10, 37:7
**throughout** [1] - 5:13
**throw** [1] - 9:5
**Thursday** [1] - 39:7
**timing** [1] - 12:15
**Title** [3] - 33:6, 33:11, 33:19
**title** [1] - 33:10
**together** [2] - 36:24, 37:10
**took** [3] - 14:22, 19:15, 21:12
**tort** [4] - 28:4, 28:9, 31:20, 34:21
**touched** [1] - 24:3
**tough** [1] - 32:25
**Tower** [1] - 2:2
**town** [2] - 33:2, 39:3
**training** [2] - 3:25, 25:13
**transcript** [1] - 40:4
**Transcript** [1] - 2:9
**transcription** [1] - 2:9
**transferred** [3] - 7:14, 26:25, 27:2
**transitional** [1] - 20:2
**transportation** [1] - 8:25
**transported** [1] - 14:12
**trash** [1] - 4:14
**tried** [1] - 36:14
**truck** [3] - 8:18, 8:20, 11:11
**trucks** [1] - 19:18
**try** [1] - 29:4
**trying** [4] - 18:24, 22:14, 25:22, 36:8
**twenty** [1] - 37:7
**twenty-five** [1] - 37:7
**two** [11] - 8:10, 10:12, 13:3, 14:24, 15:6, 23:16, 23:18, 28:15, 36:14, 37:7, 38:14
**TX** [1] - 2:3
**typically** [1] - 20:15
**under** [6] - 10:15, 30:18, 33:19, 34:7, 34:23, 39:11
**understood** [8] - 6:6, 6:18, 30:17, 33:24, 35:18, 35:23, 36:10, 36:13
**unfillable** [1] - 21:11
**unfortunately** [1] - 33:17
**unidentified** [1] - 15:18

**UNITED** [2] - 1:1, 1:9
**unknown** [1] - 24:4
**unless** [3] - 9:13, 13:15, 37:21
**unpaid** [2] - 12:2, 13:2
**unpayment** [1] - 11:23
**unrelated** [1] - 28:4
**untoward** [1] - 6:12
**unusual** [1] - 21:11
**up** [8] - 8:17, 9:13, 15:16, 23:13, 25:19, 26:11, 29:11, 33:2
**uploaded** [1] - 7:4
**useful** [1] - 30:1
**vacation** [2] - 11:25, 17:9
**vague** [1] - 22:3
**vengeance** [1] - 5:23
**verdict** [1] - 37:25
**via** [1] - 30:24
**vicariously** [1] - 28:3
**vice** [1] - 14:23
**vice-president** [1] - 14:23
**victim** [1] - 6:10
**video** [13] - 11:14, 13:25, 18:12, 23:16, 24:4, 24:5, 24:7, 24:9, 24:13, 26:23, 27:18, 28:17
**videos** [2] - 5:11, 5:12
**viewed** [4] - 6:15, 9:5, 11:14, 27:11
**VII** [3] - 33:6, 33:11, 33:19
**violations** [1] - 6:3
**visit** [1] - 39:5
**VS** [1] - 1:5
**wait** [2] - 25:14, 26:14
**wants** [2] - 15:9, 17:9
**WARSHAUER** [93] - 3:7, 3:11, 3:16, 3:18, 3:24, 4:18, 4:23, 5:1, 5:6, 5:9, 5:24, 6:6, 6:14, 6:18, 6:22, 6:24, 7:2, 7:7, 7:11, 7:16, 7:20, 8:1, 8:4, 8:7, 8:11, 9:3, 9:7, 9:11, 9:14, 13:9, 15:19, 16:13, 16:16, 16:22, 17:2, 17:4, 17:8, 17:12, 18:6, 18:16, 18:23, 19:7, 20:10, 21:1, 21:5, 23:1, 23:15, 24:17, 25:3, 25:12, 26:14, 26:21, 27:4, 27:6, 27:14, 27:19, 27:23, 27:25, 28:2, 28:6, 28:12, 28:15, 28:20, 28:24, 29:19, 29:24, 30:12, 30:17, 30:23, 31:5, 32:10, 32:17, 32:20, 33:13, 33:15, 33:24, 34:9, 34:20, 35:1, 35:5, 35:13, 35:18, 35:23, 36:6, 36:10, 36:13, 37:3, 37:17, 38:2, 38:5, 38:8, 39:7, 39:9
**Warshauer** [1] - 1:16
**watch** [2] - 23:17, 27:16
**watched** [5] - 26:23, 27:5, 27:6, 27:7, 28:14
**wear** [1] - 36:17
**Wednesday** [1] - 39:2
**week** [1] - 39:15
**weekend** [1] - 38:17
**weekly** [1] - 13:10
**weeks** [1] - 38:14
**weld** [1] - 39:18
**west** [2] - 20:22, 33:1
**Westlaw** [2] - 35:3, 35:14
**whining** [1] - 37:14

**whites** [1] - 26:6
**Williams** [1] - 2:2
**willing** [1] - 22:4
**woman** [1] - 21:9
**women** [1] - 26:6
**women's** [1] - 9:25
**wonderful** [1] - 36:18
**Woodlands** [1] - 1:14
**word** [2] - 31:15
**work-related** [1] - 24:23
**workers** [4] - 7:4, 12:7, 13:18, 28:4
**workers'** [3] - 12:13, 12:14, 22:7
**Workers'** [6] - 12:16, 12:18, 12:20,
21:17, 21:18, 21:25
**workforce** [1] - 22:3
**workplace** [1] - 25:25
**works** [1] - 37:6
**world** [1] - 13:15
**wreck** [1] - 29:15
**written** [3] - 24:14, 25:4, 31:9
**year** [4] - 10:10, 10:12, 12:18, 35:10
**years** [9] - 5:13, 9:21, 17:20, 17:21,
28:25, 31:24, 35:10, 36:23, 37:12
**yourself** [1] - 36:22
**ZAVITSANOS** [1] - 1:16