# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED

*June 16, 2021*

Nathan Ochsner, Clerk of Court

_____

No. 21-20085

_____

MELINDA ABBT,

*Plaintiff—Appellant,*

*versus*

CITY OF HOUSTON; JOHN CHRIS BARRIENTES,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-1353

_____

ORDER:

IT IS ORDERED that Appellant's unopposed motion to view and obtain sealed documents is GRANTED.


/s/ James L. Dennis
JAMES L. DENNIS
*United States Circuit Judge*

## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 16, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 21-20085    Abbt v. City of Houston
USDC No. 4:19-CV-1353

The court has considered the motion of Melinda Abbt to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Melinda Abbt may obtain all ex parte documents *filed on behalf of* Melinda Abbt, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Mr. Joseph Y. Ahmad
Mr. Robert William Higgason
Mr. Nathan Ochsner
Mr. Joseph G. Soliz
Ms. Deidra Norris Sullivan
Ms. Kelsi Stayart White