## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS - BROWNSVILLE DIVISION

**NATHAN OCHSNER**　　　　　　　　　　　　　　　　　　　　600 E. HARRISON STREET
CLERK OF COURT　　　　　　　　　　　　　　　　　　　　　BROWNSVILLE, TX  78520-7114
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　956-548-2500

June 16, 2021

VIA REGULAR MAIL

**Kelsi Stayar White**
**Joseph Y. Ahmad**
**Jordan Warshauer**
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, P.C.
1221 McKinney Street
Suite 2500
Houston, TX 77010

　　　　IN RE: Abbt v. City of Houston et al
　　　　District Court Case No.: 4:19-CV-1353
　　　　Circuit Court Case No: 21-20085

To Whom It May Concern:

Enclosed is a CD containing the sealed documents of the electronic record for the above Notice of Appeal. Prepare your brief regarding this appeal using this copy of the paginated record.

　　　　　　　　　　　　　　　　　　Very Truly Yours,

　　　　　　　　　　　　　　　　　　Nathan Ochsner, Clerk


　　　　　　　　　　　　　　　　　　By:  /s/ Ednita Ponce
　　　　　　　　　　　　　　　　　　　　Ednita Ponce, Deputy Clerk

/ep
Encl.