# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 13, 2021

United States Courts
Southern District of Texas
FILED
*August 13, 2021*
Nathan Ochsner, Clerk of Court

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 21-20085    Abbt v. City of Houston
                USDC No. 4:19-CV-1353

The court has considered the motion of City of Houston to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for City of Houston may obtain all ex parte documents *filed on behalf of* City of Houston, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Mr. Joseph Y. Ahmad
Mr. Robert William Higgason
Mr. Nathan Ochsner
Mr. Joseph G. Soliz
Ms. Deidra Norris Sullivan
Ms. Kelsi Stayart White