# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 11, 2022
Lyle W. Cayce
Clerk

No. 21-20085

MELINDA ABBT,

*Plaintiff—Appellant,*

*versus*

CITY OF HOUSTON; JOHN CHRIS BARRIENTES,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-1353

United States Courts
Southern District of Texas
FILED
*April 04, 2022*
Nathan Ochsner, Clerk of Court

Before KING, GRAVES, and HO, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART and REVERSED IN PART, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.



Certified as a true copy and issued
as the mandate on Apr 04, 2022

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 21-20085

IT IS FURTHER ORDERED that Appellees pay to Appellant the costs on appeal to be taxed by the Clerk of this Court.

JAMES C. HO, *Circuit Judge*, concurring.

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 04, 2022

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 21-20085   Abbt v. City of Houston
                          USDC No. 4:19-CV-1353

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Rebecca L. Leto, Deputy Clerk
                                    504-310-7703

cc:  Mr. Joseph Y. Ahmad
      Mr. Robert William Higgason
      Mr. Joseph G. Soliz
      Ms. Deidra Norris Sullivan
      Ms. Kelsi Stayart White