UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
April 04, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Melinda Abbt, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-19-1353 |
| | § | |
| City of Houston, et al., | § | |
| | § | |
| Defendants. | § | |

## Order to Report

By April 22, 2022, in light of the Court of Appeals's decision, the parties must report concrete and detailed next steps to advance the litigation – including if any discovery remains outstanding. If the parties believe trial is one of the next steps, they must report a proposed time period they would be prepared for trial.

Signed on April **4**, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge