UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
April 25, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Melinda Abbt, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-19-1353 |
| | § | |
| City of Houston, et al., | § | |
| | § | |
| Defendants. | § | |

## Discovery Order

1. By May 20, 2022, the parties may serve written discovery.

2. By August 12, 2022, the parties may depose David Elliot – and may issue a subpoena for that deposition.

3. By August 12, 2022, Melinda Abbt may depose a City corporate representative; and the City may depose Abbt's doctors or other medical providers.

4. By August 26, 2022, the parties must jointly report the status of the case and concrete and detailed next steps to advance the litigaiton.

Signed on April **25**, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge