UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MELINDA ABBT,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Case No. 4:19-CV-01353 |
| | § | |
| **CITY OF HOUSTON,** | § | |
| | § | |
| Defendant. | § | |

## MEDIATION ORDER

The Parties have requested a settlement conference before the Magistrate Judge. Accordingly, this case is **REFERRED** to United States Magistrate Judge Peter Bray for a settlement conference. There will be no cost to any Party. Judge Bray will determine a mutually convenient date and will contact the Parties regarding requisite procedure and preparation. Judge Bray may also modify deadlines and adjust this Court's scheduling order as necessary.

It is SO ORDERED.

Signed on July 17, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**