# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **MELINDA ABBT,** *Plaintiff* | § § § |
| v. | §   Civil Action No.: 4:19-cv-1353 § |
| **CITY OF HOUSTON,** *Defendant* | § § § § |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Melinda Abbt (hereinafter referred to as "Abbt") and Defendant, City of Houston, by and through their attorneys of record, file this Joint Motion to Dismiss with Prejudice all claims and causes of action brought by Abbt against the City of Houston in this Lawsuit. Abbt and the City of Houston have finalized the terms of a compromise, settlement, release, and indemnity agreement that resolves all disputed matters between Abbt and the City of Houston. Therefore, Plaintiff Melinda Abbt and Defendant City of Houston respectfully request that the Court sign and enter the attached proposed order dismissing with prejudice all remaining claims brought by Plaintiff Melinda Abbt against the City of Houston.

Respectfully submitted,

AHMAD, ZAVITSANOS & MENSING, PLLC

*/s/ Joseph Y. Ahmad*
JOSEPH Y. AHMAD
State Bar No.: 00941100
joeahmad@azalaw.com
JORDAN WARSHAUER
State Bar No. 24086613
jwarshauer@azalaw.com
KARINA SANCHEZ-PERALTA
State Bar No. 24137177

1

ksanchez@azalaw.com
1221 McKinney St., Suite 2500
Houston, Texas 77010
Telephone: 713-655-1101

*Attorneys for Plaintiff Melinda Abbt*

CITY OF HOUSTON LEGAL DEPARTMENT

By:   /s/ *Marjorie L. Cohen (by permission)*
MARJORIE L. COHEN
Senior Assistant City Attorney
State Bar No. 24031960 Federal
ID No. 34303
Telephone: (832) 393-6457 (Direct)
Marjorie.Cohen@houstontx.gov
ATTORNEY-IN-CHARGE

MATTHEW P. SWIGER
Senior Assistant City Attorney
State Bar No. 24088495 Federal
ID No. 2276929
Telephone: (832) 393-5941 (Direct)
matthew.swiger@houstontx.gov

ARTURO G. MICHEL
City Attorney

DEIDRA NORRIS SULLTVAN
Section Chief,
Labor, Employment, & Civil Service

CITY OF HOUSTON LEGAL DEPARTMENT
P.O. Box 368
Houston, TX 77001-0368
Main: (832) 393-6491
Fax: (832) 393-6259

*Attorneys for Defendant City of Houston*

3

## Certificate of Service

I certify that on January 2, 2025, in accordance with the Federal Rules of Civil Procedure, a copy of the foregoing document was served on all attorneys of record through the Court's CM/ECF system, which notifies all counsel through email.

/s/ *Karina Sanchez-Peralta*
Karina Sanchez-Peralta